**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Columbia__
(State)

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**  Avant Diagnostics, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   9 8 – 0 5 9 9 1 5 1
   EIN

5. **Debtor's address**

   Principal place of business:

   1101 Pennsylvania Avenue, NW
   Number   Street

   Suite 300

   Washington          DC    20004
   City                State  ZIP Code

   District of Columbia
   County

   Mailing address, if different:

   Number   Street

   P.O. Box

   City     State   ZIP Code

   Location of principal assets, if different from principal place of business:

   Number   Street

   City     State   ZIP Code

Official Form 205         Involuntary Petition Against a Non-Individual         page 1

Debtor _____   Case number (if known) _____
         Name

**6. Debtor's website (URL)** _____

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- [x] No
- [ ] Yes. Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

      Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- [ ] No
- [x] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _____   Case number (if known) _____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| NYGW LLC | Promissory Note | $ 82,987.67 |
|  |  | $ _____ |
|  |  | $ _____ |
|  | Total of petitioners' claims | $ 82,987.67 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING — Bankruptcy fraud is a serious crime.** Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

NYGW, LLC
Name

10365 Collins Avenue
Number  Street

Miami Beach     FL     33140
City            State  ZIP Code

Name and mailing address of petitioner's representative, if any

Jeffrey Busch
Name

10365 Collins Avenue
Number  Street

Miami Beach     FL     33140
City            State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/ 29/ 2023
             MM / DD / YYYY

X _____/s/_____
Signature of petitioner or representative, including representative's title

**Attorneys**

Justin P. Fasano
Printed name

McNamee Hosea, P.A.
Firm name, if any

6404 Ivy Lane, Suite 820
Number  Street

Greenbelt       MD     20770
City            State  ZIP Code

Contact phone  301-441-2420   Email jfasano@mhlawyers.com

Bar number  MD21201

State  D.D.C. (federal bar number)
       _____

X _____/s/_____
Signature of attorney

Date signed  08/29/2023
             MM / DD / YYYY

Official Form 205     Involuntary Petition Against a Non-Individual     page 3

## ASSIGNMENT OF PROMISSORY NOTE
## TO NYGW LLC

On this the 29th day of August, 2023 ("Effective Date"), I, the undersigned, Jeffrey Busch, the holder of that certain promissory note issued on July 5, 2023, by myself, with an outstanding balance as of the Effective Date equal Eighty Two Thousand Nine Hundred Eighty Seven Dollars and 67/100 ($82,987.67) (the "Note"), do hereby transfer, convey, and assign the Note to NYGW LLC.

Witness: _____

By: _____
Jeffrey Busch

## RECEIPT

On this the 29th day of August 2023, I, the undersigned, hereby acknowledge receipt of the Note, and affirm that NYGW LLC, is now the holder of the Note.

NYGW LLC

Witness: _____

By: _____
Jeffrey Busch, managing member