Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for Avant Diagnostics, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Alleged Debtor. | ) | |

**ANSWER TO INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL**

Comes now Avant Diagnostics, Inc. ("Avant" or the "Alleged Debtor"), by and through undersigned proposed counsel, pursuant to Section 303(d) of Title 11 of the United States Code, and in answer to the Involuntary Petition Against a Non-Individual (the "Petition," as found at DE #1) filed by NYGW LLC ("NYGW") states as follows:

Avant generally admits the allegations set forth in the Petition, including those delineated in Section 11 thereof.

WHEREFORE, Avant respectfully prays this Honorable Court (i) enter an order for relief herein; and (ii) afford such other and further relief as may be just and proper.

*[Signature on Following Page]*

1

                    Respectfully submitted,

Dated: August 29, 2023      By:    /s/ Maurice B. VerStandig
                                            Maurice B. VerStandig, Esq.
                                            Bar No. MD18071
                                            The VerStandig Law Firm, LLC
                                            1050 Connecticut Avenue, NW, Suite 500
                                            Washington, DC 20036
                                            Phone: (301) 444-4600
                                            mac@dcbankruptcy.com
                                            *Proposed Counsel for the Alleged Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of August, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

                                            /s/ Maurice B. VerStandig
                                            Maurice B. VerStandig