Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1050 Connecticut Ave., NW
Suite 500
Washington, D.C. 20036
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for Avant Diagnostics, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
|  | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
|  | ) | |
| Alleged Debtor. | ) | |

**APPLICATION TO APPROVE EMPLOYMENT OF
MAURICE B. VERSTANDIG, ESQ. AND THE VERSTANDIG LAW FIRM
AS GENERAL REORGANIZATION COUNSEL TO AVANT DIAGNOSTICS, INC.**

Comes now Avant Diagnostics, Inc. (the "Alleged Debtor" or "Applicant"), pursuant to Sections 327 and 329 of Title 11 of the United States Code (the "Bankruptcy Code"), as well as Federal Rule of Bankruptcy Procedure 2014, and applies to engage Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC d/b/a The Belmont Firm (collectively, "VLF"), as general reorganization counsel to the Debtor, and in support thereof states as follows:

1. This case was commenced when an involuntary petition was filed against the Alleged Debtor, pursuant to Section 303 of the Bankruptcy Code, on August 29, 2023.

2. The Alleged Debtor is, and at all times relevant has been, in possession.

3. Approval is instantly sought of VLF's employment to provide the following services to the Alleged Debtor as general reorganization counsel:

1

    a.  Prepare and file all necessary pleadings, motions, and other court papers, on behalf of the Alleged Debtor;

    b.  Negotiate with creditors, equity holders, and other interested parties;

    c.  Represent the Alleged Debtor in any adversary proceedings, contested matters, and other proceedings before this Honorable Court;

    d.  Prepare a plan of reorganization on behalf of the Alleged Debtor; and

    e.  Tend to such other and further matters as are necessary and appropriate in the prism of this case.

  4.  VLF does not represent any other person or entity in connection with this case, and both VLF and its principal are disinterested as that term is used in Section 101(14) of the Bankruptcy Code. VLF is not a creditor, an equity holder, or an insider of the Alleged Debtor; was not, within two years before the date of the petition for relief, a director, officer, or employee of the Alleged Debtor; and does not have any interest materially adverse to the interests of the estate or any class of creditors or equity holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Alleged Debtor (or for any other reason). Further, VLF holds no interest adverse to the interests of the Alleged Debtor in connection with any of the matters for which employment is sought.

  5.  VLF has no legal connection with the Alleged Debtor, the creditors herein, or any other parties in interest, nor with their respective counsel, nor with the United States Trustee or any person employed in the office of the United States Trustee, except as expressly disclosed in the affidavit of Maurice B. VerStandig attached hereto.

  6.  VLF has agreed to represent the Alleged Debtor at the rate of Four Hundred Ninety Five Dollars and No Cents ($495.00) per hour for attorney time and One Hundred Dollars and No

Cents ($100.00) per hour for paralegal time; it is respectfully suggested these proposed rates are fair and reasonable, and these rates are consistent with the skills and reputation of VLF and its principal attorney.

7.  All compensation sought in this matter will be subject to the review and approval of the United States Bankruptcy Court for the District of Columbia.

8.  Attached hereto, and incorporated herein by reference, is the declaration of Maurice B. VerStandig, Esq. in support of this application.

WHEREFORE, the Alleged Debtor respectfully prays this Honorable Court (i) enter an order approving the employment of Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as general reorganization counsel to the Alleged Debtor; and (ii) afford such other and further relief as may be just and proper.

                                                                      Respectfully submitted,

Dated: August 30, 2023        By:    /s/ Maurice B. VerStandig
                                                      Maurice B. VerStandig, Esq.
                                                       Bar No. MD18071
                                                       The VerStandig Law Firm, LLC
                                                       9812 Falls Road, #114-160
                                                       Potomac, Maryland 20854
                                                       Phone: (301) 444-4600
                                                       mac@mbvesq.com
                                                       *Proposed Counsel for the Alleged Debtor*

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of August, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee.

/s/ Maurice B. VerStandig
Maurice B. VerStandig