Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1050 Connecticut Ave., NW
Suite 500
Washington, D.C. 20036
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for Avant Diagnostics, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Alleged Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTIONS
TO APPLICATION TO APPROVE EMPLOYMENT OF MAURICE B.
VERSTANDIG, ESQ. AND THE VERSTANDIG LAW FIRM
AS GENERAL REORGANIZATION COUNSEL TO AVANT DIAGNOSTICS, INC.**

NOTICE IS HEREBY GIVEN that Avant Diagnostics, Inc. ("Avant" or the "Alleged Debtor") has filed an application to employ Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as general reorganization counsel in this matter (the "Application").

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF MAILING OF THIS NOTICE, you must file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

1

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for September 27, 2023 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

                Respectfully submitted,

Dated: August 30, 2023      By:    /s/ Maurice B. VerStandig
                Maurice B. VerStandig, Esq.
                Bar No. MD18071
                The VerStandig Law Firm, LLC
                9812 Falls Road, #114-160
                Potomac, Maryland 20854
                Phone: (301) 444-4600
                mac@mbvesq.com
                *Proposed Counsel for the Alleged Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee.

                /s/ Maurice B. VerStandig
                Maurice B. VerStandig