The order below is hereby signed.

Signed: August 30 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| Avant Diagnostics, LLC; | ) | Case No. 23-243-ELG |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chapter 11 |
| | ) | |

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the involuntary petition filed on August 29, 2023, and finding that the above-named debtor consents to relief, an order for relief under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code) is granted.

[Signed and dated above.]

<u>I ASK FOR THIS</u>

/s/ Maurice B. VerStandig
Maurice B. VerStandig (MD18071)
The VerStandig Law Firm, LLC
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
301-444-4600
mac@dcbankruptcy.com
*Counsel for Avant Diagnostics, Inc.*

<u>SEEN AND AGREED</u>

/s/ Justin Fasano
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD  20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel for NYGW LLC*