<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

</div>

| | |
|---|---|
| In re:   Avant Diagnostics, Inc.<br><br>   Debtor. | Case No. 23-00243-ELG<br><br>Chapter 11 |

<div align="center">

**NOTICE OF DEADLINES**

</div>

**To Debtor and Debtor's Attorney:**

An order for relief pursuant to 11 U.S.C. § 303(h) was entered on 08/30/2023 in the above-captioned case.

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must** (i) file the documents indicated above not later than two (2) days after the issuance of this notice or (ii) timely file a motion for an extension of time.

- ☒ List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 204)

**NOTICE IS HEREBY GIVEN that the Debtor and/or Debtor's attorney must by 09/06/2023:** (i) file the deficient documents or (ii) timely file a motion for an extension of time.

- ☒ A list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must by 09/13/2024:** (i) file the deficient documents or (ii) timely file a motion for an extension of time.

- ☒ Summary of Assets and Liabilities for Non-Individuals (Form 206Sum)
- ☒ Schedule A/B: Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Hold Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Your Codebtors (Official Form 206H)
- ☒ Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202)
- ☒ Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)
- ☒ Local Official Form 101 (Disclosure of Compensation of Attorney for Debtor)
- ☒ Names and addresses of equity security holders of the debtor. Fed. R. Bankr. P. 1007(a)(3)

<div style="margin-left: 50%;">

For the Court:
Angela D. Caesar
BY: JH

</div>

Copies to: Recipients of electronic notifications; Debtor.