Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1050 Connecticut Ave., NW
Suite 500
Washington, D.C. 20036
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for Avant Diagnostics, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Alleged Debtor. | ) | |

## **MOTION TO EXTEND TIME TO FILE LISTS, SCHEDULES AND STATEMENTS**

Comes now Avant Diagnostics, Inc. (the "Debtor" or "Avant"), pursuant to Local Rule 1007-1(d)(1), and moves this Honorable Court for an extension of time to file the various lists, schedules, statements, and other case initiating documents herein, and in support thereof states as follows:

This is an involuntary bankruptcy proceeding where Avant is in the process of assessing its various obligations, marshalling pertinent records, and setting out to ensure compliance with the rigors of this Honorable Court and the Chapter 11 process in general. Some additional time is needed to undertake these tasks, and it is not believed such delay will prejudice any party in interest. Whereas, by contrast, a premature or haphazard filing of schedules or matrices could result in parties in interest not receiving proper notice of these proceedings.

Pursuant to Local Rule 1007-1(d)(1), it is believed an automatic fourteen (14) day extension is afforded upon the filing of this motion. Such extension appears adequate to ensure

schedules, statements, lists, and other initiating documents are properly prepared, reviewed, and filed herein. Such extension is also contextually appropriate for an involuntary Chapter 11 case.

This Honorable Court does not have a Local Rule mandating dismissal of cases where a list of the 20 largest creditors is not filed within two days of the entry of an order for relief. *See* Local Rules, *passim*; *compare* Bankr. D. Md. Local Rule 1002-1(a) ("The petition will be dismissed without a hearing if: … (4) a Chapter 11 debtor does not file the list of twenty (20) largest unsecured creditors with the petition…"). However, given the prohibitive language of Federal Rule of Bankruptcy Procedure 9006(b)(2), and out of an abundance of caution, an initial list is attached hereto. For want of ambiguity, this is *not* a complete list, this is *not* the byproduct of a thorough search, this list does *not* include the identity of several creditors, and this list will be amended within the timeline for which an extension is sought herein. The attachment of this list (essentially a work-in-progress) is not intended to convey the presentation of a complete list but, rather, is undertaken solely to avoid any subsequent argument of non-technical compliance with controlling rules.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) afford an additional fourteen (14) days, from the expiration of each extant deadline, for lists, schedules, statements and other initiating documents to be filed; and (ii) afford such other and further relief as may be just and proper.

*[Signature and Certificate of Service on Following Page]*

Respectfully submitted,

Dated: September 1, 2023   By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of September, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee.

/s/ Maurice B. VerStandig
Maurice B. VerStandig