**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:    Avant Diagnostics, Inc. | Case No. 23-00243-ELG |
| | Chapter 11 |
| Debtor. | |

### NOTICE OF DEADLINES

**To Debtor and Debtor's Attorney:**

An order for relief pursuant to 11 U.S.C. § 303(h) was entered on 08/30/2023 in the above-captioned case.

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must** (i) file the documents indicated above not later than two (2) days after the issuance of this notice or (ii) timely file a motion for an extension of time.

⊠   List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 204)

**NOTICE IS HEREBY GIVEN that the Debtor and/or Debtor's attorney must by 09/06/2023:** (i) file the deficient documents or (ii) timely file a motion for an extension of time.

⊠   A list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must by 09/13/2024:** (i) file the deficient documents or (ii) timely file a motion for an extension of time.

⊠   Summary of Assets and Liabilities for Non-Individuals (Form 206Sum)
⊠   Schedule A/B: Property (Official Form 206A/B)
⊠   Schedule D: Creditors Who Hold Claims Secured by Property (Official Form 206D)
⊠   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
⊠   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
⊠   Schedule H: Your Codebtors (Official Form 206H)
⊠   Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202)
⊠   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)
⊠   Local Official Form 101 (Disclosure of Compensation of Attorney for Debtor)
⊠   Names and addresses of equity security holders of the debtor. Fed. R. Bankr. P. 1007(a)(3)

For the Court:
Angela D. Caesar
BY: JH

Copies to: Recipients of electronic notifications; Debtor.

United States Bankruptcy Court

District of Columbia

In re:                                                                              Case No. 23-00243-ELG

Avant Diagnostics, Inc.                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                                     Page 1 of 1

Date Rcvd: Aug 30, 2023                 Form ID: pdf001                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Avant Diagnostics, Inc., 1101 Pennsylvania Avenue, Suite 300, Washington, DC 20004-2582 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Justin Philip Fasano | on behalf of Petitioning Creditor NYGW LLC jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Avant Diagnostics  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4