**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00423-ELG |
| Avant Diagnostics, Inc.<br>Debtor(s). | Chapter 11 |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 10/18/2023 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 9/5/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.