**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: Avant Diagnostics, Inc.<br><br>**Debtor(s).** | Case No. 23-00243-ELG<br><br>Chapter 11 |

## ORDER TO SHOW CAUSE

The Debtor(s) had until 09/15/2023 to cure the deficiencies set forth in the Order Extending Time at ECF No. 13

The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **10/04/2023 at 9:30am in Courtroom 1 and via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be dismissed for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: JH 9/18/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.