Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1050 Connecticut Ave., NW
Suite 500
Washington, D.C. 20036
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for Avant Diagnostics, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Alleged Debtor. | ) | |

## NOTICE OF ADDING PARTIES TO MAILING MATRIX

Comes now Avant Diagnostics, Inc. (the "Debtor" or "Avant"), by and through undersigned counsel, and gives notice that of even date herewith, the following parties holding an equity interest in the Debtor have been added to the mailing matrix in this case:

Bachrach Family Living Trust
1641 34th Street NW
Washington DC 20007

Amarantus BioScience Holdings, Inc
110 Wall Street
New York, NY 10022

Memory Dx LLC
3121 E. Hazelwood St.
Phoenix, AZ 85016

Tres-Ciento Dos-Setecientos
#18 Pueblito Sur, Calle La Chorrera
Playas Del Coco, Guanacaste 50503 Costa Rica

Arrayit Corporation
927 Thompson Pl.
Sunnyvale, CA 94085

Lane & Nach, PC
2001 E. Campbell Ave., Ste 103
Phoenix, AZ 85016

Steven Gregory Jones
10007 N. 56th Street
Scottsdale, AZ 85253

Steven Scott
11364 E. Appaloosa Pl.
Scottsdale, AZ 85259

CS Family Trust
5 Highland Creek Drive
Henderson, NV 89052

Ebentus Advisory
14201 N Hayden Ste A1
Scottsdale, AZ 85260

Alpine Securities Corp
39 Exchange Pl.
Salt Lake City, UT 84111

American Enterprise Investment Svcs.
682 Ameriprise Financial Center
Minneapolis, MN 55474

Adam Anderson
48 N Mcdonald
Mesa, AZ 85201

Apex Clearing Corp
2 Gateway Ctr
283-299 Mkt St.
16th FL
Newark, NJ 07102

Charles L. Bailey
225 Morgan Rd.
Cross Junction, VA 22325

Malcolm Bailey Sr.
5818 Beverly Hill
Houston, TX 770578

Company Balance
8561 E. Anderson Dr., Suite 104
Scottsdale, AZ 85255

Bank of America Securities Inc.
4804 E. Deer Lake Dr.
Jacksonville, FL 32246

BB&T Securities, LLC
8006 Discovery Dr. 2nd FL
Richmond VA 23229

BBS Securities, Inc.
4100 Yonge St.
Toronto ON M2P 2G2 CAN

Edward C. Bernard & Ellen N. Bernard
7712 Ruxwood Road
Baltimore, MD 21204

Brenda Billingsley
6489 Old Stage Rd 37
Bloomington IN 47401

Black Mountain Equity Partners, LLC
9096 E Bahia Dr., Suite 103
Scottdale, AZ 85260

Alexanderia K. Blankenship
14746 Briceland Springs Dr.
Houston, TX 77082

BMO Nesbitt Burn, Inc.
250 Yonge St. &th Fl
Toronto ON M5B 2M8 CAN

BNP Paribas
525 Washington Blvd. 9th FL
Jersey City, NJ 07310

Joan Ann Bond
468 Nobles Pond XING
Dover, DE 19904

Leonard A Bose/Willa Z Bose
290 Oak Grove Ln
Waskom TX 75692

Stephen Bosin
70 Grand Ave., Suite 200
River Edge, NJ 07681

Gerald Bridge
34552 N 99th Way
Scottsdale, AZ 72704

David Bright
424 Skyline Dr.
Harrison, AR 72601-3117

Debbie L. Bright
4644 Kenner Ln.
Harrison, AR 72601-7519

Larry C. Brookshire
6255 Woods Bridge Wy
Houston, TX 77007

Brown Brothers Harriman & Co
140 Broadway
AttL Corp Actions Vault
New York, NY 10005

James J. Brynes
1405 Sandy Lane
Vero Beach, FL 32963

Cantor Fitzgerald & Co
135 E. 57th St.
5th FL
New York, NY 10041

Hunter M. A Carr
PO Box 421566
Houston TX 77242

CCCM Living Trust
Mark B Schellerup
4368 Fiore Bella
Las Vegas NV 89135

CDS Clearing & Depository Services, Inc.
100 Adelaide Street
West Toronto ON M5H 1S3 CAN

Cetera Inv Sves FBO
Sharon Jenewein
635 Oakdalw Dr.
Medford, OR 97501

Vikas Chandhoke
4207 Argonne Drive
Fairfax, VA 22032

Charles Schwab & CO Inc.
2423 E. Lincoln Drive
Phoenix, AZ 85016

Charles Schwab & CO Inc.
Att: Securities Ops
2423 E. Lincoln Drive
Phoenix, AZ 85016

CIBC World Markets Inc./CDS
161 Bay St.
Toronto, ON M5J 2S8 CAN

Lloyd D. Collins
412 E. South St.
Peotone, IL 60468

Gerald Commissiong
2264 Raleigh Rd.
Hummelstown, PA 17036

Connie A. Popma TTEE
U/A DTD 8/3/1990
John E. Popma Exemption Trust
18752 S Henrich Rd.
Oregon City, OR 97045

Charles K. Cooper
17 Kilala Court
Timonium, MD 21093

James A. Cooper
Sigtunagatan 11
4TR, Stockholm 113 22, Sweden

James Nelson Cooper, MD
3142 Walter Travis Dr.
Sarasota, FL 34240

John E. Cooper, MBA
8957 Miller Lane
Vienna, VA 22182

COR Clearing, LLC
9300 Underwood Ave., Ste. 400
Omaha, NE 68114

Joanne G. Crantz & Frank R. Crantz
15 Bridle Court
Potomac, MD 20854

Credential Qtrade Securities Inc.
700-1111 W. Georgiia St.
Vancouver BC V6E 4T6

Crest International Nominees Ltd.
33 Cannon St.
London UK

Michell P Cybulski & Yuriko Cybulski
4301 Gulf Shore Blvd. N
Naples, FL 34103

D.A. Davidson & CO
83rd Street North
Great Falls, MT 59401

James P. Daly, Jr., & Jane M. Daly
10603 Brooklawn Rd.
Owings Mills, MD 2117

Dan K. Erdel TR, DTD 1/26/00 The Virgil Allen Young Trust
100 N. Jefferson
Mexico MO 65265-1152

Darien Group Ltd Liability CO
2221 Bowmont Dr.
Beverly Hills, CA 90210

Delta S. Ventures LP
615 Longview Dr.
Sugarland, TX 77478

Destum Partners, Inc.
5925 Carnegie Blvd., Ste. 106
Charlotte, NC 28209

Stepan Dmytriv
IV Frankiska OBL
Cherche, Ukraine

Bryan Dorksen
5591 S. Four Peaks Pf.
Chandler, AZ 85249

Bradley Dunlap
9889 E. Happy Valley Rd., Lot #5
Scottsdale, AZ 85255

E*Trade Clearing LLC
Harborside Financial Ctr
501 Plaza II, Jersey City, NJ 07311

Gerlad Eidelman
241 Perkins St., A-50V
Jamaica Plain, MA 02130

Electronic Transaction Clearing, Inc.
660 S. Figueroa St., Ste. 1450
Los Angeles, CA 90017

Etrade Securities LLC
2 Gateway Center
Newark, NJ 07102

Brad Finley
909 Wakefield Rd.
Perry OK 73077

Ronald L. Foudy
3025 E. 675 N
Huntington, IN 46750-9695

George J. Davis Jr. & Jonni Kim Davis
804 Love Wood Lane
Arlington TX 76013

George Mason Intellectual Properties Inc.
C/O Veronica Kayne
4400 University Dr. MSN5G5
Fairfax, VA 22030

Gerlach & CO. C/O Citibank NA Custody
IC&D Locbox
PO Box 7247-7057
Philadelphia, PA 19170-7057

Joseph A. Goins
PO Box 2012
Milton, WA 98354

Patrick Grady
13514 N. 93rd Place
Scottsdale, AZ 85260

Thomas P. Grady
16862 E. Deuce Ct.
Fountain Hills, AZ 85268

Greentree Financial Group, Inc.
7951 SW 6th St., Ste. 216
Plantation, FL 33324

Luis T. Gutierrez Jr.
9212 Beech Hill Dr.
Bethesda, MD 20187

Mark Haimann
3965 Kirkland Ct.
Bloomfield Hills, MI 48302

Hampton Bay Trading Corp
2500 Wilcrest Dr., Ste. 300
Houston, TX 77042

Hare & CO LLC
C/O BNY Mellon
ATTN: Box #11203
500 Ross St., 154-0455
Pittsburgh, PA

Conrad Rawlins Harper
7254 Evans Mill Rd.
McLean, VA 22101

Brandon Harrison
3017 Spottswood Ave.
Memphis, TN 38111

Thomas R. Harrison, Jr.
1908 N. Harvard St.
Arlington, VA 22201

Hilltop Securities Inc.
1201 Elm St., 35th FL.
Dallas, TX 75270

Hold Stead LLC
PO Box 1821
Benicia , CA 94510

Thomas P. Hollo & Mary Elizabeth Hollo
17 Vanderpool Dr.
Morristown, NJ 07960

Aaron S. Homjak
7611 Crockett Lane
Edmond, OK 73034

John Howell
3189 N. Palmer Dr.
Goodyear, AZ 85395

Equisolve Inc.
2455 E. Sunrise Blvd., #1201
Ft. Lauderdale, FL 33304

Goal Capital, Inc.
28842 Via De Luna
Laguna Niguel, CA 92677

New World Petroleum Investments, Inc.
Kaertner Ring 5-7
Vienna 01010, Austria

Interactive Brokers LLC
8 Greenwich Office Park
Greenwich, CT 06831

Intl Fcstone Financial Inc.
2 Perimeter Park S., Ste. 100
West, Birmingham, AL 35243

Investor Company
77 Bloor St. West, 3rd Fl.
Toronto, ON M5S 1M2 CAN

Peter Iovanella
PO Box 2908
Naples, FL 34106

J. Gerald O'Donnell Trust, Mark B Schellerup Trustee
4368 Fiore Bella
Las Vegas NV 89135

J.P. Morgan Securities LLC/JPMC
Four Chase Metrotech Center, 3rd Fl.
Brooklyn, NY 11201

Jacqueline w. Keller Revocable Trust
22 Strawberry Hill Rd.
Bedford, NH 03110

Janney Montgomery Scott LLC
1717 Arch St., 17th Fl.
Philadelphia, PA 19103

Larry Johns
451 N. Nappanee St.
Nappanee, IN 46550

John Johnson
1649 Pocomo Way
Costa Mesa, CA 92627-9026

JP Leachman Sr. Irrev Trust DTD
3906 Virgilia St.
Chevy Chase MD 20815

JP Morgan Chase Bank National
Four Chase Metrotech Center, 3rd Fl.
Brooklyn, NY 11201

JP Morgan Chase Bank/Euroclear Bank
Four Chase Metrotech Center, 3rd Fl.
Brooklyn, NY 11201

Ranier Keith
40 E. 9th St., Apt. 804
Chicago, IL 60605

Timothy Knebel
1634 W. Laurel Greens Dr.
Anthem, AZ 85826

Antonio Lascano
210 Inglewood Dr.
Enterprise, AL 36330-4158

Lek Securities Corporation
One Liberty Plaza, 52nd Fl.
New York, NY 10006

Randall Letcavage
1382 Velencia Ave., Unit 5
Tustin, CA 92780

Guido Levie
16 Van Der Hoochlaan Pl.
Amstelveen NL, Netherlands

Gregg Linn
10994 E. Beck Lane
Scottsdale, AZ 85255

Michael Linn
4848 E. Williams Dr.
Phoenix, AZ 85054

Lance A. Liotta
8601 Bradley Blvd.
Bethesda, MD 20817

Sandra Little
905 NW 21st Ct.
Ankeny IA 50023

Digital Mutiny LLC
700 N. Green St., Ste. 102
Chicago, IL 60642

Sichenzia Ross Friedman Ference LLP
61 Broadway 32nd Fl.
New York, NY 10006

LPL Financial LLC
1055 LPL Way
Fort Mills, SC 29715

Brierpatch LTD
2038 Albans Rd.
Houston, TX 77005

Rainmaker Ventures, Ltd.
PO Box 421566
Houston TX 77242

WEM Equity Capital Investments Ltd.
3111 Rosemary Park Lane
Houston, TX 77082

Bettina Mackenbach
17424 W. Grand Pkwy S., Ste. 102
Sugarland, TX 77479

Mackie Research Capital
199 Bay Street Commerce Court West
Suite 4600
Toronto, ON M5L 1G2 CAN

Maribeth M. King & William D. King Living Trust
9 Wideloop Road
Rolling Hills, CA 90274

Marsco Investment Corporation
101 Eisenhower Pkwy.
Roseland, NJ

Maryland Dept of Business & Economic Dev
C/O Brian Corbett
Maryland Venture Fund
7021 Columbia Gateway Dr., Ste. 200
Columbia, MD 21046

Peter McCarthy
1350 E. Flamingo Rd., Ste. 13B-136
Las Vegas, NV 89119

Jay Colt McCutcheon
5143 Mountain Rd.
Pasadena, CA 21122

McLean Capital LLC (M. Dendy Young)
2591 Triplett Turn
Delaplane, VA 20144

| | | |
|---|---|---|
| Liam McMorrow<br>23 Deep Dene Drive<br>Toronto, ON M1C 1L6 CAN | MSSB LLC<br>1 New York Plaza 39th FL<br>New York, NY 10004 | Dr. Mark Pasmantier<br>PO Box 129<br>Rumson, NJ 07760 |
| James Melland<br>110 E. Elizabeth 2<br>Mcphearson, KS 67460 | Alex Mundy<br>3010 Commonwealth Dr.<br>Springhill, TN 37174 | Patrick K. Donnelly Trust<br>8 Church Street<br>Charleston, SC 29401 |
| James Edward Melland<br>410 N. Maxwell<br>Mcphearson, KS 67460-3621 | National Bank Financial CDS<br>1010 Rue De La Gauchetiere Mezzanine 100<br>Montreal QC H3B 5J2 CAN | Alfred Pekarek<br>29641 133rd St.<br>Pierz, MN 56364<br><br>Pershing LLC<br>PO Box 2050<br>Jersey City, NJ 07303 |
| Merrill Lynch, Pierce, Fenner & Smith<br>4804 E. Deer Lake Dr., 4th FL<br>Jacksonville, FL 32246 | National Financial Services<br>Newport Office Center III<br>499 Washington Blvd., 5th Fl NJ5A<br>Jersey City, NJ 07310 | Pershing LLC<br>1 Pershing Plaza<br>Jersey City, NJ 07339 |
| Joanne M. Moehl<br>24025 SE 468th Street<br>Enumclaw, WA 98022 | Netgain Financial Inc.<br>24 Corporate Plaza #150<br>Newport Beach, CA 92660 | Emanuel F. Petricoin, III<br>7625 Great Dover St.<br>Gainesville, VA 20155 |
| Michael Montante<br>5640 Glenwood Dr.<br>Alexandria, VA 22310 | Nicholas Nurse<br>326 Southern Street<br>Carrol, IA 51401 | Phillip Capital Inc.<br>141 W. Jackson Blvd., Ste. 3050<br>Chicago, IL 60604 |
| Morgan Stanley Smith Barney LLC<br>One New York Plaza, 39th Fl<br>New York, NY 10004 | Ockham Capital Partners, LP<br>Raymond W. Smith<br>1308 Skipwith Road<br>McLean, VA 22101 | Steven M. Plumb<br>1517 San Jacinto<br>Houston, TX 77002 |
| Frederick T. Motley<br>200 Christiana Dr.<br>Rogersville, TN 37857-8110 | Oppenheimer & CO, Inc.<br>85 Broad Street, 4th Fl.<br>New York, NY 10004 | W. Timothy Pohl<br>4 Barclay Lane<br>Vorhees, NJ 08043 |

Pollock Enterprises LLC
116 Columbia Dr.
Rancho Mirage, CA 92270

Prinicpal Bank Custodian
FOB ST of MN Unclaimed Property
222 S. 9th St., Ste. 1400, 4th Fl.
Minneapolis, MN 55402

Questrade Inc./CDS
5650 Yonge Street
Toronto, ON M2M 4G3 CAN

Kevin G. Quinn
310 Sportsman Hall Road
Queenstown, MD 21658

Vicent Ramirez
111 Telegraph Ave., Ste. 202
Carson City, NV 89703

Richard Randall
10461 E. Windrose Dr.
Scottsdale, AZ 85259

Raymond James * Assoc., Inc.
880 Carillon Parkway
St. Petersburg, FL 33716

RB Real, Inc.
499 Chestnut St., Ste. 201
Cedarhurst, NY 11516

RBC Capital Markets, LLC
60 S. 6th Street
Minneapolis, MN 55402

RBC Dominion Securities, Inc.
21 Commerce Court South, 2nd FL
Toronto, ON, M5L 1A7, CAN

Robert Rehm
6870 E. Horned Owl Dr.
Scottsdale, NV 85262

Joseph W. Reilly
32 Lisa Dr.
Chatham, NJ 07928

J. Graham Rhoden
Los Laureles 626
DPTO 401
Lima 27, San Isidro, Peru

Richard R. Keller Rev. Trust
22 Strawberry Hill Rd.
Bedford, NH 03110

Robert . Devereaux Trust
5501 Dewey Hill Road
Minneapolis, MN 55439

Robert W. Baird & Co., Inc.
PO Box 672
Milwaukee, WI 53201

Robinhood Securities, LLC
500 Colonial Center Pkwy., Suite 100
Lake Mary, FL 32746

Joseph Roth
14000 N.94th St., #1179
Scottsdale, AZ 85269

Thomas A. Russo
223 E. Chestbut Street
Lancaster, PA 17602

Safra Securities, LLC
546 5th Ave.
New York, NY 10036

Elkan Daniel Sanders
6405 10th Street
Alexandria, VA 22307

Douglas Schaenen
7 Colonial Way
Madison, NJ 07940

Nelson Schaenen, Jr.
56 Midwood Terrace
Madison, NJ 07940

Shelly Ann Schaenen
1366 6th Ave.
San Francisco, CA 94122

Wendy Schaenen
29 W. Wind Dr.
Lemoyne, PA 17043

Connie B. and Mark B Schellerup
4368 Fiore Bella
Las Vegas, NV 89135

Robin Schwartz
9266 Wardley Park Lane
Brentwood, TN 37027

Scotia Capital Inc.
150 King St. W., Ste. 500
Toronto, ON, M5H 1J9, CAN

ZZ Fractional Shares
8561 E. Anderson Dr. Suite 104
Scottsdale, AZ 85255

Nancy EO Shea
808 Islington St.
Silver Spring, MD 20910

Marcy Sherman
8701 N. Via La Serena
Paradise Valley, AZ 85253

Bradley S. Smith
220 Lee's Hill Road
Basking Ridge, NJ 07920

Raymond W. Smith
1308 Skipwith Road
McLean, VA 22101

Todd Smith
1 Nesbit Dr.
Mendham, NJ 07945

State Controller, State of CA
Office of State Controller
Div. of Unclaimed Property
PO Box 942850
Sacramento, CA 92054

Thor A. Stensrud
1705 S. Pacific Street
Oceanside, CA 92054

Steward & Lynn Resnick Revocable Trust
11444 W. Olympic Blvd., 10th FL
Los Angeles, CA 90064

Stifel, Nicolaus & CO, Inc.
One Financial Plaza
501 N. Broadway
St. Louis, MO 63102

Stockcross Financial Services
77 Summer Street, 2nd Fl.
Boston, MA 92660

Daniel C. Struppa
28 Canyon Fairway Dr.
Newport Beach, CA 92660

John Sutton Stump, III
PO Box 9346
McLean, VA 22102

Robert Tarver
6478 Grants Ferry Road
Brandon, MS 39047

TD Ameritrade Clearing, Inc.
Att: Cage
PO Box 2226
Omaha, NE 68103-2226

Terry & Cheryl Crow, Trustess Crow Family Trust
17754 Calle De Palermo
Pacific Pallisades, CA 90272

Texas Treasury Safekeeping Trust Co.
200 E. 10th St.
Austin, TX 78701

The Bank of New York Mellon
111 Sanders Creek Parkway, 2nd FL East
Syracuse, NY 13057

The Brewer Group
7951 S.W. 6th St., Ste. 216
Plantation, FL 33324

The Entrust Group, Inc. FBO
Robert A. Bartshe AC #7130011802
1995 Newman Pl.
Carson City, NJ 89703

The Northern Trust CO.
801 S. Canal Street
Chicago, IL 60607

| | | |
|---|---|---|
| Thomas G. Carbonar or His Successor(s) as Trustee Thomas G. Carbonar Trust U/D/T 2-19-91 12115 San Vicente Blvd., #414 Los Angeles, CA 90049 | Norman A. Tregenza, Jr. 19 Saco St., #67 Center Conway, NH 03813 | Virtu Americas LLC One Liberty Plaza, 5th Fl. New York, NY 10006 |
| | David Lord Trust 6914 E. Montecito Scottsdale, AZ 85251 | Alvaro Vollmers Los Laureles 626 DPTO 401 Lima 27, San Isidro, Peru |
| Thor A. Stensrud, Trustee The Stensrud Rev Turst 1705 S. Pacific Street Oceanside, CA 92054 | The Jozara Family Trust 30598 N. 75th St. Scottsdale, AZ 85266 | George H. Wagner II 1350 Sullivan Trail Suite G Easton, PA 18040 |
| Albert G. Tierney One Post Office Square, Suite 2800 Boston, MA 02109 | US Bank National Assoc. 155 N. Rivercenter Dr., Suite 302 Milwaukee, WI 53212 | Wells Fargo Clearing Services, LLC 1 North Commercial St. St. Louis, MO 63103 |
| Kevin Tighe 11617 Highland Farm Road Potomac, MD 20854 | UBS Financial Services, Inc. 1000 Harbor Blvd., 6th Fl. Weehawken, NJ 07086-6790 | Doris P. Wilhem & Shelley W. Wilhem 7312 County Road 684 Sweeny, TX 77480-7024 |
| Jukka Tolonen 17424 W. Grand Pkwy S., Ste. 102 Sugarland, TX 77479 | US Bancorp Investments Inc. 60 Livingston Ave. St. Paul, MN 55107 | Scott Wilkinson 70405 41st Pl. Phoenix, AZ 85042 |
| Tradestation Securities, Inc. 120 Riverside Plaza, Suite 1650 Chicago, IL 60606 | US Summit Company LP 69 Westchester Ave. PO Box 130 Pound Ridge, NY 10507 | Willard Hackerman Marital Trust Hampton Plaza 300 E. Joppa Road, 8th FL Baltimore, FL 21286 |
| Norman H. & Alyce B. Tregenza Tenants PO Box 150 Silver Lake, NH 03875 | Vanguard Mktg. Corp. 5951 Luckett Court, Suite A1 El Paso, TX 79932 | Leslie Wilson 997 Rowdy Trail Clarksville, TN 37042 |

| | | |
|---|---|---|
| Amy Wolfe & Arthur D. Wolfe II<br>12003 Wikel Rd.<br>Milan, OH 44846 | Woodley Park Investments, LLC<br>3100 Hawthorne St., NW<br>Washington, DC 20008 | Michael Dendy Young<br>2591 Triplett Turnm<br>Delaplane, VA 20144 |
| | Jay Yass<br>13644 Dornock Court<br>Herndon, VA 20171 | Eric Zuckerman<br>20210 Farmington Rd.<br>Livonia, MI 48152 |

For the avoidance of doubt, the foregoing is *not* a comprehensive list of equity holders, and the Debtor does not have a current mailing address but, rather, possesses only an e-mail address, for several other equity holders. A separate filing, in due course, will address proposed means of service upon those equity holders for whom an address is not on file.

Respectfully submitted,

Dated: September 28, 2023    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig