| Information to identify the case: | | |
|---|---|---|
| Debtor | **Avant Diagnostics, Inc.**<br>Name | EIN: __-_____ |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: 11   8/29/23 |
| Case number: | 23-00243-ELG | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case   10/22

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Avant Diagnostics, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1101 Pennsylvania Avenue<br>Suite 300<br>Washington, DC 20004 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012 | Contact phone 301-444-4600<br><br>Email: mac@mbvesq.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br><br>Contact phone (202) 354-3280<br><br>Date: 10/5/23 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **September 28, 2023 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone #: (877) 465-7076,<br>Passcode: 7191296** |

At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007-1.

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | For all creditors (except a governmental unit): | 1/8/24 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br> **Deadline for filing the complaint:** | 11/27/23 |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

District of Columbia

In re:  
Avant Diagnostics, Inc.  
    Debtor

Case No. 23-00243-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 6  
Date Rcvd: Oct 05, 2023      Form ID: 309F1      Total Noticed: 238

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Avant Diagnostics, Inc., 1101 Pennsylvania Avenue, Suite 300, Washington, DC 20004-2582 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 772220 | + | Aaron S. Homjak, 7611 Crockett Lane, Edmond, OK 73034-9522 |
| 772338 | + | Albert G. Tierney, One Post Office Square, Suite 2800, Boston, MA 02109-2192 |
| 772271 | + | Alex Mundy, 3010 Commonwealth Dr., Springhill, TN 37174-8544 |
| 772155 | + | Alexanderia K. Blankenship, 14746 Briceland Springs Dr., Houston, TX 77082-1284 |
| 772280 | + | Alfred Pekarek, 29641 133rd St., Pierz, MN 56364-7693 |
| 772352 | | Alvaro Vollmers, Los Laureles 626, DPTO 401, Lima 27, San Isidro, Peru |
| 772135 | + | Amarantus BioScience Holdings, Inc, 110 Wall Street, New York, NY 10005-3801 |
| 772143 | + | American Enterprise Investment Svcs., 682 Ameriprise Financial Center, Minneapolis, MN 55474-0006 |
| 772359 | + | Amy Wolfe & Arthur D. Wolfe II, 12003 Wikel Rd., Milan, OH 44846-9443 |
| 772240 | | Antonio Lascano, 210 Inglewood Dr., Enterprise, AL 36330-4158 |
| 772145 | | Apex Clearing Corp, 2 Gateway Ctr, 283-299 Mkt St., 16th FL, Newark, NJ 07102 |
| 772150 | + | BB&T Securities, LLC, 8006 Discovery Dr. 2nd FL, Richmond VA 23229-8600 |
| 772151 | | BBS Securities, Inc., 4100 Yonge St., Toronto ON M2P 2G2 CAN |
| 772156 | | BMO Nesbitt Burn, Inc., 250 Yonge St. &th Fl, Toronto ON M5B 2M8 CAN |
| 772157 | + | BNP Paribas, 525 Washington Blvd. 9th FL, Jersey City, NJ 07310-1652 |
| 772132 | + | Bachrach Family Living Trust, 1641 34th Street NW, Washington DC 20007-2711 |
| 772149 | + | Bank of America Securities Inc., 4804 E. Deer Lake Dr., Jacksonville, FL 32246-6484 |
| 772254 | + | Bettina Mackenbach, 17424 W. Grand Pkwy S., Ste. 102, Sugarland, TX 77479-2564 |
| 772201 | + | Brad Finley, 909 Wakefield Rd., Perry OK 73077-1222 |
| 772196 | + | Bradley Dunlap, 9889 E. Happy Valley Rd., Lot #5, Scottsdale, AZ 85255-8414 |
| 772318 | + | Bradley S. Smith, 220 Lee's Hill Road, Basking Ridge, NJ 07920-5511 |
| 772215 | + | Brandon Harrison, 3017 Spottswood Ave., Memphis, TN 38111-2256 |
| 772153 | + | Brenda Billingsley, 6489 Old Stage Rd 37, Bloomington IN 47401-8925 |
| 772251 | + | Brierpatch LTD, 2038 Albans Rd., Houston, TX 77005-1643 |
| 772165 | + | Brown Brothers Harriman & Co, 140 Broadway, AttL Corp Actions Vault, New York, NY 10005-1108 |
| 772195 | + | Bryan Dorksen, 5591 S. Four Peaks Pf., Chandler, AZ 85249-9006 |
| 772169 | + | CCCM Living Trust, Mark B Schellerup, 4368 Fiore Bella, Las Vegas NV 89135-2447 |
| 772170 | | CDS Clearing & Depository Services, Inc., 100 Adelaide Street, West Toronto ON M5H 1S3 CAN |
| 772175 | | CIBC World Markets Inc./CDS, 161 Bay St., Toronto, ON M5J 2S8 CAN |
| 772134 | + | CS Family Trust, 5 Highland Creek Drive, Henderson, NV 89052-6612 |
| 772167 | + | Cantor Fitzgerald & Co, 135 E. 57th St., 5th FL, New York, NY 10022-2050 |
| 772171 | + | Cetera Inv Sves FBO Sharon Jenewein, 635 Oakdalw Dr., Medford, OR 97501-3712 |
| 772179 | + | Charles K. Cooper, 17 Kilala Court, Timonium, MD 21093-1913 |
| 772146 | + | Charles L. Bailey, 225 Morgan Rd., Cross Junction, VA 22625-1560 |
| 772173 | + | Charles Schwab & CO Inc., 2423 E. Lincoln Drive, Phoenix, AZ 85016-1215 |
| 772174 | + | Charles Schwab & CO Inc., Att: Securities Ops, 2423 E. Lincoln Drive, Phoenix, AZ 85016-1215 |

Case 23-00243-ELG   Doc 25   Filed 10/07/23   Entered 10/08/23 00:03:56   Desc Imaged
Certificate of Notice   Page 4 of 8

| District/off: 0090-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Oct 05, 2023 | Form ID: 309F1 | Total Noticed: 238 |

| | | |
|---|---|---|
| 772119 | + | Clear Financial Solutions Inc., c/o Paul Stephen Kirklin, Esq., 12600 N Featherwood Dr Ste 225, Houston, TX 77034-4441 |
| 772148 | + | Company Balance, 8561 E. Anderson Dr., Suite 104, Scottsdale, AZ 85255-5464 |
| 772178 | + | Connie A. Popma TTEE U/A DTD 8/3/1990, John E. Popma Exemption Trust, 18752 S Henrich Rd., Oregon City, OR 97045-9339 |
| 772312 | + | Connie B. and Mark B Schellerup, 4368 Fiore Bella, Las Vegas, NV 89135-2447 |
| 772214 | + | Conrad Rawlins Harper, 7254 Evans Mill Rd., McLean, VA 22101-3422 |
| 772185 | | Credential Qtrade Securities Inc., 700-1111 W. Georgiia St., Vancouver BC V6E 4T6 |
| 772186 | | Crest International Nominees Ltd., 33 Cannon St., London UK |
| 772188 | | D.A. Davidson & CO, 83rd Street North, Great Falls, MT 59401 |
| 772190 | + | Dan K. Erdel TR, DTD 1/26/00 The Virgil Allen Youn, 100 N. Jefferson, Mexico MO 65265-2765 |
| 772326 | + | Daniel C. Struppa, 28 Canyon Fairway Dr., Newport Beach, CA 92660-5916 |
| 772191 | + | Darien Group Ltd Liability CO, 2221 Bowmont Dr., Beverly Hills, CA 90210-1806 |
| 772162 | | David Bright, 424 Skyline Dr., Harrison, AR 72601-3117 |
| 772344 | + | David Lord Trust, 6914 E. Montecito, Scottsdale, AZ 85251-2341 |
| 772163 | | Debbie L. Bright, 4644 Kenner Ln., Harrison, AR 72601-7519 |
| 772193 | + | Destum Partners, Inc., 5925 Carnegie Blvd., Ste. 106, Charlotte, NC 28209-4656 |
| 772248 | + | Digital Mutiny LLC, 700 N. Green St., Ste. 102, Chicago, IL 60642-5996 |
| 772355 | | Doris P. Wilhem & Shelley W. Wilhem, 7312 County Road 684, Sweny, TX 77480-7024 |
| 772308 | + | Douglas Schaenen, 7 Colonial Way, Madison, NJ 07940-2703 |
| 772278 | + | Dr. Mark Pasmantier, PO Box 129, Rumson, NJ 07760-0129 |
| 772197 | | ETrade Clearing LLC, Harborside Financial Ctr, 501 Plaza II, Jersey City, NJ 07311 |
| 772141 | + | Ebentus Advisory, 14201 N Hayden Ste A1, Scottsdale, AZ 85260-2903 |
| 772152 | + | Edward C. Bernard & Ellen N. Bernard, 7712 Ruxwood Road, Baltimore, MD 21204-3537 |
| 772199 | + | Electronic Transaction Clearing, Inc., 660 S. Figueroa St., Ste. 1450, Los Angeles, CA 90017-3440 |
| 772307 | + | Elkan Daniel Sanders, 6405 10th Street, Alexandria, VA 22307-1402 |
| 772283 | + | Emanuel F. Petricoin, III, 7625 Great Dover St., Gainesville, VA 20155-4894 |
| 772363 | + | Eric Zuckerman, 20210 Farmington Rd., Livonia, MI 48152-1412 |
| 772200 | + | Etrade Securities LLC, 2 Gateway Center, Newark, NJ 07102-5005 |
| 772269 | | Frederick T. Motley, 200 Christiana Dr., Rogersville, TN 37857-8110 |
| 772353 | + | George H. Wagner II, 1350 Sullivan Trail Suite G, Easton, PA 18040-1185 |
| 772204 | + | George Mason Intellectual Properties Inc., C/O Veronica Kayne, 4400 University Dr. MSN5G5, Fairfax, VA 22030-4422 |
| 772205 | | Gerlach & CO. C/O Citibank NA Custody, IC&D Locbox, PO Box 7247-7057, Philadelphia, PA 19170-7057 |
| 772198 | + | Gerlad Eidelman, 241 Perkins St., A-50V, Jamaica Plain, MA 02130-4002 |
| 772223 | + | Goal Capital, Inc., 28842 Via De Luna, Laguna Niguel, CA 92677-7601 |
| 772209 | #+ | Greentree Financial Group, Inc., 7951 SW 6th St., Ste. 216, Plantation, FL 33324-3276 |
| 772120 | + | Gregg Linn, 10994 E. Beck Lane, Scottsdale, AZ 85255-8865 |
| 772243 | | Guido Levie, 16 Van Der Hoochlaan Pl., Amstelveen NL, Netherlands |
| 772212 | + | Hampton Bay Trading Corp, 2500 Wilcrest Dr., Ste. 300, Houston, TX 77042-2754 |
| 772213 | + | Hare & CO LLC, C/O BNY Mellon, ATTN: Box #11203, 500 Ross St., 154-0455, Pittsburgh, PA 15219-2125 |
| 772218 | + | Hold Stead LLC, PO Box 1821, Benicia , CA 94510-4821 |
| 772168 | + | Hunter M. A Carr, PO Box 421566, Houston TX 77242-1566 |
| 772226 | + | Intl Fcstone Financial Inc., 2 Perimeter Park S., Ste. 100, West, Birmingham, AL 35243-3274 |
| 772227 | | Investor Company, 77 Bloor St. West, 3rd Fl., Toronto, ON M5S 1M2 CAN |
| 772229 | + | J. Gerald O'Donnell Trust, Mark B Schellerup Trust, 4368 Fiore Bella, Las Vegas NV 89135-2447 |
| 772299 | | J. Graham Rhoden, Los Laureles 626, DPTO 401, Lima 27, San Isidro, Peru |
| 772230 | | J.P. Morgan Securities LLC/JPMC, Four Chase Metrotech Center, 3rd Fl., Brooklyn, NY 11201 |
| 772235 | + | JP Leachman Sr. Irrev Trust DTD, 3906 Virgilia St., Chevy Chase MD 20815-5026 |
| 772236 | | JP Morgan Chase Bank National, Four Chase Metrotech Center, 3rd Fl., Brooklyn, NY 11201 |
| 772237 | | JP Morgan Chase Bank/Euroclear Bank, Four Chase Metrotech Center, 3rd Fl., Brooklyn, NY 11201 |
| 772231 | + | Jacqueline w. Keller Revocable Trust, 22 Strawberry Hill Rd., Bedford, NH 03110-5609 |
| 772180 | | James A. Cooper, Sigtunagatan 11, 4TR, Stockholm 113 22, Sweden |
| 772264 | | James Edward Melland, 410 N. Maxwell, Mcphearson, KS 67460-3621 |
| 772166 | + | James J. Brynes, 1405 Sandy Lane, Vero Beach, FL 32963-2507 |
| 772263 | + | James Melland, 110 E. Elizabeth 2, Mcphearson, KS 67460-4827 |
| 772181 | + | James Nelson Cooper, MD, 3142 Walter Travis Dr., Sarasota, FL 34240-8643 |
| 772189 | + | James P. Daly, Jr., & Jane M. Daly, 10603 Brooklawn Rd., Owings Mills, MD 21117-4302 |
| 772232 | + | Janney Montgomery Scott LLC, 1717 Arch St., 17th Fl., Philadelphia, PA 19103-2772 |
| 772121 | + | Jason Bogutski, 14673 Midway Road Suite 200, Addison, TX 75001-3909 |
| 772260 | + | Jay Colt McCutcheon, 5143 Mountain Rd., Pasadena, CA 21122-6207 |
| 772361 | + | Jay Yass, 13644 Dornock Court, Herndon, VA 20171-3376 |
| 772158 | + | Joan Ann Bond, 468 Nobles Pond XING, Dover, DE 19904-1285 |
| 772184 | + | Joanne G. Crantz & Frank R. Crantz, 15 Bridle Court, Potomac, MD 20854-3887 |
| 772266 | + | Joanne M. Moehl, 24025 SE 468th Street, Enumclaw, WA 98022-9486 |
| 772221 | + | John Howell, 3189 N. Palmer Dr., Goodyear, AZ 85395-8656 |

| | | |
|---|---|---|
| 772234 | | John Johnson, 1649 Pocomo Way, Costa Mesa, CA 92627-9026 |
| 772327 | + | John Sutton Stump, III, PO Box 9346, McLean, VA 22102-0346 |
| 772206 | + | Joseph A. Goins, PO Box 2012, Milton, WA 98354-2012 |
| 772298 | + | Joseph W. Reilly, 32 Lisa Dr., Chatham, NJ 07928-1036 |
| 772340 | + | Jukka Tolonen, 17424 W. Grand Pkwy S., Ste. 102, Sugarland, TX 77479-2564 |
| 772290 | + | Kevin G. Quinn, 310 Sportsman Hall Road, Queenstown, MD 21658-1176 |
| 772250 | + | LPL Financial LLC, 1055 LPL Way, Fort Mills, SC 29715-8101 |
| 772246 | + | Lance A. Liotta, 8601 Bradley Blvd., Bethesda, MD 20817-2602 |
| 772139 | + | Lane & Nach, PC, 2001 E. Campbell Ave., Ste 103, Phoenix, AZ 85016-5573 |
| 772164 | + | Larry C. Brookshire, 6255 Woods Bridge Wy, Houston, TX 77007-7042 |
| 772233 | + | Larry Johns, 451 N. Nappanee St., Nappanee, IN 46550-1233 |
| 772159 | + | Leonard A Bose/Willa Z Bose, 290 Oak Grove Ln, Waskom TX 75692-9281 |
| 772358 | + | Leslie Wilson, 997 Rowdy Trail, Clarksville, TN 37042-7939 |
| 772262 | | Liam McMorrow, 23 Deep Dene Drive, Toronto, ON M1C 1L6 CAN |
| 772176 | + | Lloyd D. Collins, 412 E. South St., Peotone, IL 60468-9496 |
| 772210 | + | Luis T. Gutierrez Jr., 9212 Beech Hill Dr., Bethesda, MD 20817-1945 |
| 772270 | + | MSSB LLC, 1 New York Plaza 39th FL, New York, NY 10004-1901 |
| 772255 | | Mackie Research Capital, 199 Bay Street Commerce Court West, Suite 4600, Toronto, ON M5L 1G2 CAN |
| 772122 | + | Mahendru P.C., 639 Heights Blvd., Houston, TX 77007-2523 |
| 772123 | + | Mahendru, P.C., c/o Ashish Mahendru, Registered Agent, 639 Heights Blvd., Houston, TX 77007-2523 |
| 772147 | + | Malcolm Bailey Sr., 5818 Beverly Hill, Houston, TX 77057-6710 |
| 772317 | + | Marcy Sherman, 8701 N. Via La Serena, Paradise Valley, AZ 85253-2144 |
| 772256 | + | Maribeth M. King & William D. King Living Trust, 9 Wideloop Road, Rolling Hills, CA 90274-5234 |
| 772211 | + | Mark Haimann, 3965 Kirkland Ct., Bloomfield Hills, MI 48302-1314 |
| 772257 | + | Marsco Investment Corporation, 101 Eisenhower Pkwy., Roseland, NJ 07068-1050 |
| 772258 | + | Maryland Dept of Business & Economic Dev, C/O Brian Corbett, Maryland Venture Fund, 7021 Columbia Gateway Dr., Ste. 200, Columbia, MD 21046-2967 |
| 772261 | + | McLean Capital LLC (M. Dendy Young), 2591 Triplett Turn, Delaplane, VA 20144-1857 |
| 772138 | + | Memory Dx LLC, 3121 E. Hazelwood St., Phoenix, AZ 85016-5042 |
| 772265 | + | Merrill Lynch, Pierce, Fenner & Smith, 4804 E. Deer Lake Dr., 4th FL, Jacksonville, FL 32246-6484 |
| 772362 | + | Michael Dendy Young, 2591 Triplett Turnm, Delaplane, VA 20144-1857 |
| 772124 | + | Michael I. Ruxin, PO Box 869, Morrison, CO 80465-0869 |
| 772245 | + | Michael Linn, 4848 E. Williams Dr., Phoenix, AZ 85054-6169 |
| 772267 | + | Michael Montante, 5640 Glenwood Dr., Alexandria, VA 22310-1351 |
| 772187 | + | Michell P Cybulski & Yuriko Cybulski, 4301 Gulf Shore Blvd. N, Naples, FL 34103-3485 |
| 772268 | + | Morgan Stanley Smith Barney LLC, One New York Plaza, 39th Fl, New York, NY 10004-1932 |
| 772125 | | NYGW LLC, 10365 Collins Avenue, Miami Beach, FL 33140 |
| 772316 | + | Nancy EO Shea, 808 Islington St., Silver Spring, MD 20910-4908 |
| 772272 | | National Bank Financial CDS, 1010 Rue De La Gauchetiere Mezzanine 100, Montreal QC H3B 5J2 CAN |
| 772273 | + | National Financial Services, Newport Office Center III, 499 Washington Blvd., 5th Fl NJ5A, Jersey City, NJ 07310-1995 |
| 772309 | #+ | Nelson Schaenen, Jr., 56 Midwood Terrace, Madison, NJ 07940-2735 |
| 772274 | + | Netgain Financial Inc., 24 Corporate Plaza #150, Newport Beach, CA 92660-7965 |
| 772224 | | New World Petroleum Investments, Inc., Kaertner Ring 5-7, Vienna 01010, Austria |
| 772275 | | Nicholas Nurse, 326 Southern Street, Carrol, IA 51401 |
| 772343 | + | Norman A. Tregenza, Jr., 19 Saco St., #67 Center, Conway, NH 03813-4212 |
| 772342 | + | Norman H. & Alyce B. Tregenza Tenants, PO Box 150, Silver Lake, NH 03875-0150 |
| 772276 | + | Ockham Capital Partners, LP, Raymond W. Smith, 1308 Skipwith Road, McLean, VA 22101-1834 |
| 772207 | + | Patrick Grady, 13514 N. 93rd Place, Scottsdale, AZ 85260-7416 |
| 772279 | + | Patrick K. Donnelly Trust, 8 Church Street, Charleston, SC 29401-2744 |
| 772281 | + | Pershing LLC, PO Box 2050, Jersey City, NJ 07303-2050 |
| 772282 | | Pershing LLC, 1 Pershing Plaza, Jersey City, NJ 07339 |
| 772228 | #+ | Peter Iovanella, PO Box 2908, Naples, FL 34106-2908 |
| 772259 | + | Peter McCarthy, 1350 E. Flamingo Rd., Ste. 13B-136, Las Vegas, NV 89119-5263 |
| 772284 | + | Phillip Capital Inc., 141 W. Jackson Blvd., Ste. 3050, Chicago, IL 60604-3302 |
| 772287 | + | Pollock Enterprises LLC, 116 Columbia Dr., Rancho Mirage, CA 92270-3134 |
| 772288 | + | Prinicpal Bank Custodian, FOB ST of MN Unclaimed Property, 222 S. 9th St., Ste. 1400, 4th Fl., Minneapolis, MN 55402-3337 |
| 772289 | | Questrade Inc./CDS, 5650 Yonge Street, Toronto, ON M2M 4G3 CAN |
| 772294 | + | RB Real, Inc., 499 Chestnut St., Ste. 201, Cedarhurst, NY 11516-2242 |
| 772295 | + | RBC Capital Markets, LLC, 60 S. 6th Street, Minneapolis, MN 55402-4413 |
| 772296 | | RBC Dominion Securities, Inc., 21 Commerce Court South, 2nd FL, Toronto, ON, M5L 1A7, CAN |
| 772252 | + | Rainmaker Ventures, Ltd., PO Box 421566, Houston TX 77242-1566 |
| 772242 | + | Randall Letcavage, 1382 Velencia Ave., Unit 5, Tustin, CA 92780-6472 |
| 772238 | + | Ranier Keith, 40 E. 9th St., Apt. 804, Chicago, IL 60605-2143 |

Case 23-00243-ELG   Doc 25   Filed 10/07/23   Entered 10/08/23 00:03:56   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0090-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 05, 2023 | Form ID: 309F1 | Total Noticed: 238 |

| | | |
|---|---|---|
| 772319 | + | Raymond W. Smith, 1308 Skipwith Road, McLean, VA 22101-1834 |
| 772300 | + | Richard R. Keller Rev. Trust, 22 Strawberry Hill Rd., Bedford, NH 03110-5609 |
| 772292 | + | Richard Randall, 10461 E. Windrose Dr., Scottsdale, AZ 85259-2423 |
| 772301 | + | Robert . Devereaux Trust, 5501 Dewey Hill Road, Minneapolis, MN 55439-1906 |
| 772297 | + | Robert Rehm, 6870 E. Horned Owl Dr., Scottsdale, NV 85266-8520 |
| 772328 | + | Robert Tarver, 6478 Grants Ferry Road, Brandon, MS 39047-8142 |
| 772302 | + | Robert W. Baird & Co., Inc., PO Box 672, Milwaukee, WI 53201-0672 |
| 772303 | + | Robinhood Securities, LLC, 500 Colonial Center Pkwy., Suite 100, Lake Mary, FL 32746-7637 |
| 772202 | | Ronald L. Foudy, 3025 E. 675 N, Huntington, IN 46750-9695 |
| 772306 | + | Safra Securities, LLC, 546 5th Ave., New York, NY 10036-5000 |
| 772247 | + | Sandra Little, 905 NW 21st Ct., Ankeny IA 50023-4694 |
| 772314 | | Scotia Capital Inc., 150 King St. W., Ste. 500, Toronto, ON, M5H 1J9, CAN |
| 772356 | | Scott Wilkinson, 70405 41st Pl., Phoenix, AZ 85042 |
| 772310 | + | Shelly Ann Schaenen, 1366 6th Ave., San Francisco, CA 94122-2504 |
| 772249 | + | Sichenzia Ross Friedman Ference LLP, 61 Broadway 32nd Fl., New York, NY 10006-2833 |
| 772126 | + | Signature Stock Transfer, Inc., c/o Kathleen L. Bogutski, Registered Age, 2632 Coachlight Court, Plano, TX 75093-3850 |
| 772321 | + | State Controller, State of CA, Office of State Controller, Div. of Unclaimed Property, PO Box 942850, Sacramento, CA 94250-0001 |
| 772194 | | Stepan Dmytriv, IV Frankiska OBL, Cherche, Ukraine |
| 772160 | + | Stephen Bosin, 70 Grand Ave., Suite 200, River Edge, NJ 07661-1936 |
| 772137 | | Steven Gregory Jones, 10007 N. 56th Street, Scottsdale, AZ 85253 |
| 772285 | + | Steven M. Plumb, 1517 San Jacinto, Houston, TX 77002-7623 |
| 772127 | + | Steven Plumb, c/o Paul S. Kirklin, Esq., 12600 N Featherwood Drive Suite 225, Houston, TX 77034-4441 |
| 772140 | + | Steven Scott, 11364 E. Appaloosa Pl., Scottsdale, AZ 85259-5873 |
| 772323 | + | Steward & Lynn Resnick Revocable Trust, 11444 W. Olympic Blvd., 10th FL, Los Angeles, CA 90064-1557 |
| 772324 | + | Stifel, Nicolaus & CO, Inc., One Financial Plaza, 501 N. Broadway, St. Louis, MO 63102-2137 |
| 772325 | + | Stockcross Financial Services, 77 Summer Street, 2nd Fl., Boston, MA 02110-1020 |
| 772329 | | TD Ameritrade Clearing, Inc., Att: Cage, PO Box 2226, Omaha, NE 68103-2226 |
| 772330 | + | Terry & Cheryl Crow, Trustess Crow Family Trust, 17754 Calle De Palermo, Pacific Pallisades, CA 90272-2007 |
| 772331 | + | Texas Treasury Safekeeping Trust Co., 200 E. 10th St., Austin, TX 78701-2407 |
| 772332 | + | The Bank of New York Mellon, 111 Sanders Creek Parkway, 2nd FL East, Syracuse, NY 13057-1381 |
| 772333 | + | The Brewer Group, 7951 S.W. 6th St., Ste. 216, Plantation, FL 33324-3276 |
| 772334 | + | The Entrust Group, Inc. FBO, Robert A. Bartshe AC #7130011802, 1995 Newman Pl., Carson City, NJ 89703-3025 |
| 772345 | + | The Jozara Family Trust, 30598 N. 75th St., Scottsdale, AZ 85266-1854 |
| 772128 | + | Theralink Technologies, Inc., 15000 W 6th Avenue Suite 400, Golden, CO 80401-5047 |
| 772129 | + | Theralink Technologies, Inc., c/o Mick Ruxin, Registered Agent, 15000 W 6th Avenue Suite 400, Golden, CO 80401-5047 |
| 772305 | + | Thomas A. Russo, 223 E. Chestbut Street, Lancaster, PA 17602-2705 |
| 772336 | + | Thomas G. Carbonar or His Successor(s) as Trustee, Thomas G. Carbonar Trust U/D/T 2-19-91, 12115 San Vicente Blvd., #414, Los Angeles, CA 90049-4935 |
| 772208 | + | Thomas P. Grady, 16862 E. Deuce Ct., Fountain Hills, AZ 85268-2905 |
| 772216 | + | Thomas R. Harrison, Jr., 1908 N. Harvard St., Arlington, VA 22201-5121 |
| 772322 | + | Thor A. Stensrud, 1705 S. Pacific Street, Oceanside, CA 92054-5849 |
| 772337 | + | Thor A. Stensrud, Trustee The Stensrud Rev Turst, 1705 S. Pacific Street, Oceanside, CA 92054-5849 |
| 772239 | + | Timothy Knebel, 1634 W. Laurel Greens Dr., Anthem, AZ 85086-2939 |
| 772320 | + | Todd Smith, 1 Nesbit Dr., Mendham, NJ 07945-3123 |
| 772341 | + | Tradestation Securities, Inc., 120 Riverside Plaza, Suite 1650, Chicago, IL 60606-3938 |
| 772347 | + | UBS Financial Services, Inc., 1000 Harbor Blvd., 6th Fl., Weehawken, NJ 07086-6727 |
| 772348 | + | US Bancorp Investments Inc., 60 Livingston Ave., St. Paul, MN 55107-2292 |
| 772346 | | US Bank National Assoc., 155 N. Rivercenter Dr., Suite 302, Milwaukee, WI 53212 |
| 772350 | + | Vanguard Mktg. Corp., 5951 Luckett Court, Suite A1, El Paso, TX 79932-1882 |
| 772291 | + | Vicent Ramirez, 111 Telegraph Ave., Ste. 202, Carson City, NV 89703-4189 |
| 772172 | + | Vikas Chandhoke, 4207 Argonne Drive, Fairfax, VA 22032-1404 |
| 772351 | + | Virtu Americas LLC, One Liberty Plaza, 5th Fl., New York, NY 10006-1101 |
| 772131 | + | Vstock Transfer, LLC, c/o Amanda Garcia, Registered Agent, 330 N. Brand Blvd., Glendale, CA 91203-2308 |
| 772130 | + | Vstock Transfer, LLC, 18 Lafayette Place, Woodmere, NY 11598-2138 |
| 772286 | + | W. Timothy Pohl, 4 Barclay Lane, Vorhees, NJ 08043-2945 |
| 772253 | + | WEM Equity Capital Investments Ltd., 3111 Rosemary Park Lane, Houston, TX 77082-6830 |
| 772354 | | Wells Fargo Clearing Services, LLC, 1 North Commercial St., St. Louis, MO 63103 |
| 772311 | + | Wendy Schaenen, 29 W. Wind Dr., Lemoyne, PA 17043-1234 |
| 772357 | + | Willard Hackerman Marital Trust, Hampton Plaza, 300 E. Joppa Road, 8th FL, Baltimore, FL 21286-3020 |
| 772360 | + | Woodley Park Investments, LLC, 3100 Hawthorne St., NW, Washington, DC 20008-3539 |
| 772315 | + | ZZ Fractional Shares, 8561 E. Anderson Dr. Suite 104, Scottsdale, AZ 85255-5464 |

TOTAL: 223

| District/off: 0090-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 05, 2023 | Form ID: 309F1 | Total Noticed: 238 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 05 2023 22:06:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| aty | | Email/Text: mac@mbvesq.com | Oct 05 2023 22:06:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012 |
| smg | + | EDI: DCGOVT | Oct 06 2023 02:09:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 05 2023 22:06:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 05 2023 22:05:54 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | EDI: IRS.COM | Oct 06 2023 02:09:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Oct 05 2023 22:05:59 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Oct 05 2023 22:06:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 05 2023 22:06:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 05 2023 22:06:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 05 2023 22:06:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 772192 | | Email/Text: robert@dsvconsult.com | Oct 05 2023 22:06:00 | Delta S. Ventures LP, 615 Longview Dr., Sugarland, TX 77478 |
| 772222 | + | Email/Text: eric@equisolve.com | Oct 05 2023 22:06:00 | Equisolve Inc., 2455 E. Sunrise Blvd., #1201, Ft. Lauderdale, FL 33304-3115 |
| 772225 | + | Email/Text: legalnotices@ibkr.com | Oct 05 2023 22:06:00 | Interactive Brokers LLC, 8 Greenwich Office Park, Greenwich, CT 06831-5149 |
| 772277 | + | Email/Text: bk-notifications@opco.com | Oct 05 2023 22:06:00 | Oppenheimer & CO, Inc., 85 Broad Street, 4th Fl., New York, NY 10004-2434 |
| 772293 | + | Email/Text: bankruptcynotices@raymondjames.com | Oct 05 2023 22:06:00 | Raymond James * Assoc., Inc., 880 Carillon Parkway, St. Petersburg, FL 33716-1100 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 772133 | | Tres-Ciento Dos-Setecientos, #18 Pueblito Sur, Calle La Chorrera, Playas Del Coco, Guanacaste 50503 Costa |
| 771680 | *+ | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 772244 | *+ | Gregg Linn, 10994 E. Beck Lane, Scottsdale, AZ 85255-8865 |
| 771750 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of Treasury, Internal Revenue Service, 31 Hopkins Plaza, Rm 1150, Baltimore |

Case 23-00243-ELG   Doc 25   Filed 10/07/23   Entered 10/08/23 00:03:56   Desc Imaged
Certificate of Notice   Page 8 of 8

| District/off: 0090-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Oct 05, 2023 | Form ID: 309F1 | Total Noticed: 238 |

| | | |
|---|---|---|
| | | 21201 |
| 772144 | ##+ | Adam Anderson, 48 N Mcdonald, Mesa, AZ 85201-7329 |
| 772142 | ##+ | Alpine Securities Corp, 39 Exchange Pl., Salt Lake City, UT 84111-2760 |
| 772136 | ##+ | Arrayit Corporation, 927 Thompson Pl., Sunnyvale, CA 94085-4518 |
| 772154 | ##+ | Black Mountain Equity Partners, LLC, 9096 E Bahia Dr., Suite 103, Scottdale, AZ 85260-1587 |
| 772183 | ##+ | COR Clearing, LLC, 9300 Underwood Ave., Ste. 400, Omaha, NE 68114-2685 |
| 772203 | ##+ | George J. Davis Jr. & Jonni Kim Davis, 804 Love Wood Lane, Arlington TX 76013-3948 |
| 772161 | ##+ | Gerald Bridge, 34552 N 99th Way, Scottsdale, AZ 85262-1472 |
| 772177 | ##+ | Gerald Commissiong, 2264 Raleigh Rd., Hummelstown, PA 17036-8790 |
| 772217 | ##+ | Hilltop Securities Inc., 1201 Elm St., 35th FL., Dallas, TX 75270-2108 |
| 772182 | ##+ | John E. Cooper, MBA, 8957 Miller Lane, Vienna, VA 22182-2137 |
| 772304 | ##+ | Joseph Roth, 14000 N.94th St., #1179, Scottsdale, AZ 85260-7779 |
| 772339 | ##+ | Kevin Tighe, 11617 Highland Farm Road, Potomac, MD 20854-1368 |
| 772241 | ##+ | Lek Securities Corporation, One Liberty Plaza, 52nd Fl., New York, NY 10006-1400 |
| 772313 | ##+ | Robin Schwartz, 9266 Wardley Park Lane, Brentwood, TN 37027-4465 |
| 772335 | ##+ | The Northern Trust CO., 801 S. Canal Street, Chicago, IL 60607-4591 |
| 772219 | ##+ | Thomas P. Hollo & Mary Elizabeth Hollo, 17 Vanderpool Dr., Morristown, NJ 07960-5808 |
| 772349 | ##+ | US Summit Company LP, 69 Westchester Ave., PO Box 130, Pound Ridge, NY 10576-0130 |

TOTAL: 1 Undeliverable, 3 Duplicate, 17 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Justin Philip Fasano | on behalf of Petitioning Creditor NYGW LLC jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Avant Diagnostics  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4