

**24-Hour Customer Service: 303-237-5000
or 800-964-3444 outside Denver Metro
New Account or Loan: 303-238-9000
or 877-933-9800 outside Denver Metro
www.efirstbank.com**

FIRSTBANK
PO BOX 150097
LAKEWOOD CO 80215-0097

AVANT  DIAGNOSTICS  INC
PO  BOX  869
MORRISON  CO  80465-0869

| | |
|---|---|
| ACCOUNT NUMBER | XXX-XXX-2162 |
| STATEMENT DATE | 8-31-2023 |
| INTEREST EARNED THIS YEAR | N/A |

| ACCOUNT SUMMARY - - CHECKING ACCOUNT - SAFEKEEPING | |
|---|---|
| CLOSING BALANCE FROM PREVIOUS STATEMENT.............................................DATE:  7-31-2023 | 38.16 |
| 0 DEPOSITS AND OTHER ADDITIONS TOTALING................................................... | .00+ |
| 1 CHECKS AND OTHER WITHDRAWALS TOTALING............................................. | 14.00- |
| CLOSING BALANCE FOR THIS STATEMENT.............................................DATE:  8-31-2023 | 24.16 |

MINIMUM BALANCE OF   24.16   ON...............................   8-31-2023

| CHECKS AND OTHER WITHDRAWALS        *SHOWS BREAK IN CHECK NUMBER,   #SHOWS NOT MACHINE READABLE |
|---|
| NO CHECKS WITH SERIAL NUMBERS THIS CYCLE |

**ELECTRONIC AND MISCELLANEOUS WITHDRAWALS**

DATE............AMOUNT...DESCRIPTION..............................................................................CARD  NBR

8 - 31        14.00    ACTIVITY CHARGE

| DEPOSITS AND OTHER ADDITIONS |
|---|
| NO DEPOSITS THIS CYCLE |

| DAILY BALANCE SUMMARY | | |
|---|---|---|
| DATE................................BALANCE | DATE................................BALANCE | DATE................................BALANCE |
| 8 - 01          38.16 | 8 - 31          24.16 | |

| SPECIAL MESSAGES AND IMPORTANT NOTICES |
|---|

Effective 10/24/2023, the following changes will be implemented:
Non-Sufficient Funds Returned Item Fee (NSF Fee) - Fee assessed when a transaction is
returned unpaid due to an insufficient current balance. FirstBank will no longer charge a
Non-Sufficient Funds Returned Item Fee (NSF Fee) for returning transactions that are
unpaid.
Non-Sufficient Funds Paid Item Fee (Overdraft Fee) - Fee assessed when a transaction is
paid on an account with an insufficient current balance. Debit card purchases that
overdraw your account will not be assessed a Non-Sufficient Funds Paid Item Fee
(Overdraft Fee) if the account had a sufficient available balance to pay the transaction
at the time the purchase was authorized. The Non-Sufficient Funds Paid Item Fee (Overdraft
Fee) will be increased from $15 to $30 per overdrawing transaction. The Non-Sufficient
Funds Paid Item Fee (Overdraft Fee) is limited to no more than three (3) per day. The Non-
Sufficient Funds Paid Item Fee (Overdraft Fee) will not be assessed on transactions $15
and less.
The Consumer and Commercial Fee Schedules will be updated to reflect this change. You can
access the updated agreements by logging into Online Banking and selecting Online Banking>
Settings>Disclosures. You may also request to receive a copy by mail or ask any questions
regarding the updates by calling our 24/7 Contact Center at 1-800-964-3444.

****CONTINUED ON NEXT PAGE****

**1STBANK**

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| XXX-XXX-2162 | 8-31-2023 |

## EARNINGS AND ACTIVITY CHARGE SUMMARY

BALANCE INFORMATION
AVERAGE ACCOUNT BALANCE                                  38
AVERAGE COLLECTED BALANCE                               38

ACTIVITY CHARGES

| NUMBER | DESCRIPTION | COST | CHARGE |
|---|---|---|---|
| 1 | FIRSTBANK BUSINESS VISA CARD | 2.00 | 2.00 |
| | MAINT. FEE (CHECK SAFEKEEPING) | | 12.00 |
| | TOTAL ACTIVITY CHARGES | | 14.00 |

## HOW ARE WE DOING?

We are working very hard to maintain the highest level of customer service possible. But if we make a mistake, or you receive poor service from any of our employees, we want you to let us know. Please call one of our customer representatives at 602-381-7800 (outside Phoenix: 1-800-230-1060) with any question or complaint. We will do our best to solve your problem. If our service was especially good, we'd like to hear about that too. We welcome any new suggestions you might have about new product or ways we could improve our service to you. Thank you for banking with us!

### HOW TO BALANCE YOUR CHECKBOOK

Enter Checkbook Balance: $

ADD: Deposits Not Entered in Checkbook $

Subtotal: $

SUBTRACT: Deductions Not Entered in Checkbook $

EQUALS: Revised Checkbook Balance*  $          *

Enter Bank Balance from Statement $

ADD: Deposits Not Included in This Statement $

Subtotal $

SUBTRACT: Outstanding Checks $          **

EQUALS Revised Bank Balance $          *

* These totals should agree

### Outstanding Checks

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| ** TOTAL | $ |