| Creditor | Claims Register | Claim Amount | Priority Portion | Disputed Sum | Undisputed Sum |
|---|---|---|---|---|---|
| Michael I. Ruxin, M.D. | n/a | $325,000.00 | $15,150.00 | $0.00 | $325,000.00 |
| Mahendru P.C. | n/a | $4,652.50 | $0.00 | $0.00 | $4,652.50 |
| Michael I. Ruxin, M.D. | n/a | $1,564.50 | $0.00 | $0.00 | $1,564.50 |
| NYGW LLC | n/a | $82,987.67 | $0.00 | $0.00 | $82,987.67 |
| Theralink Technologies, Inc. | n/a | $35,594.00 | $0.00 | $0.00 | $35,594.00 |
| Vstock Transfer, LLC | n/a | $25,000.00 | $0.00 | $0.00 | $25,000.00 |
| Internal Revenue Service | 1 | $4,000.00 | $0.00 | $0.00 | $4,000.00 |
| Greentree Financial Group Inc. | 2 | $42,853.00 | $0.00 | $42,853.00 | $0.00 |