Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1050 Connecticut Ave., NW
Suite 500
Washington, D.C. 20036
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for Avant Diagnostics, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Alleged Debtor. | ) | |

**NOTICE OF MOTION (I) TO DEFER CONSIDERATION OF ADEQUACY OF DISCLOSURE STATEMENT TO CONFIRMATION HEARING; AND (II) TO PERMIT NOTICE TO CERTAIN PARTIES BY ELECTRONIC MAIL; AND (III) TO HOLD CONFIRMATION HEARING**

NOTICE IS HEREBY GIVEN that Avant Diagnostics, Inc. ("Avant" or the "Debtor") has filed a motion to (i) defer consideration of the adequacy of a disclosure statement until such a time as a hearing on confirmation of a plan of reorganization is held; (ii) permit service on certain equity holders via e-mail; and (iii) fix and establish deadlines correlative to consideration of the plan and disclosure statement.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE FEBRUARY 5, 2024, you must file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The

objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for February 7, 2024 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: January 22, 2024     By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig