

**1STBANK**

FIRSTBANK
PO BOX 150097
LAKEWOOD CO 80215-0097

**24-Hour Customer Service: 303-237-5000**
**or 800-964-3444 outside Denver Metro**
**New Account or Loan: 303-238-9000**
**or 877-933-9800 outside Denver Metro**
**www.efirstbank.com**

AVANT DIAGNOSTICS INC
PO BOX 869
MORRISON CO 80465-0869

| ACCOUNT NUMBER | XXX-XXX-2162 |
|---|---|
| STATEMENT DATE | 12-29-2023 |
| INTEREST EARNED THIS YEAR | N/A |

## ACCOUNT SUMMARY - - CHECKING ACCOUNT - SAFEKEEPING

| | | |
|---|---|---|
| CLOSING BALANCE FROM PREVIOUS STATEMENT...................................................DATE: 11-30-2023 | | 6.16 |
| 1 DEPOSITS AND OTHER ADDITIONS TOTALING............................................. | | 10.00+ |
| 1 CHECKS AND OTHER WITHDRAWALS TOTALING............................................. | | 14.00- |
| CLOSING BALANCE FOR THIS STATEMENT...................................................DATE: 12-29-2023 | | 2.16 |

MINIMUM BALANCE OF    2.16    ON................................    12-29-2023

## CHECKS AND OTHER WITHDRAWALS    *SHOWS BREAK IN CHECK NUMBER,   #SHOWS NOT MACHINE READABLE

NO CHECKS WITH SERIAL NUMBERS THIS CYCLE

**ELECTRONIC AND MISCELLANEOUS WITHDRAWALS**

DATE............AMOUNT...DESCRIPTION...........................................................................................CARD   NBR

12 - 29        14.00    ACTIVITY CHARGE

## DEPOSITS AND OTHER ADDITIONS

**ELECTRONIC AND MISCELLANEOUS ADDITIONS**

DATE............AMOUNT...DESCRIPTION...........................................................................................CARD   NBR

12 - 08        10.00    INTERNET TRANSFER #250862 FROM CHECKING ACCOUNT XXX-XXX-8731

## DAILY BALANCE SUMMARY

| DATE................................BALANCE | DATE................................BALANCE | DATE................................BALANCE |
|---|---|---|
| 12 - 01              6.16 | 12 - 08              16.16 | 12 - 29              2.16 |

## EARNINGS AND ACTIVITY CHARGE SUMMARY

BALANCE INFORMATION

| | |
|---|---|
| AVERAGE ACCOUNT BALANCE | 14 |
| AVERAGE COLLECTED BALANCE | 14 |

ACTIVITY  CHARGES

| NUMBER  DESCRIPTION | COST | CHARGE |
|---|---|---|
| 1 FIRSTBANK BUSINESS VISA CARD | 2.00 | 2.00 |
| MAINT. FEE (CHECK SAFEKEEPING) | | 12.00 |
| TOTAL ACTIVITY CHARGES | | 14.00 |

## HOW ARE WE DOING?

We are working very hard to maintain the highest level of customer service possible.  But if we make a mistake, or you receive poor service from any of our employees, we want you to let us know.  Please call one of our customer representatives at 602-381-7800 (outside Phoenix: 1-800-230-1060) with any question or complaint.  We will do our best to solve your problem.  If our service was especially good, we'd like to hear about that too.  We welcome any new suggestions you might have about new product or ways we could improve our service to you.  Thank you for banking with us!

****CONTINUED ON NEXT PAGE****

**1STBANK**

| ACCOUNT NUMBER | XXX-XXX-2162 | STATEMENT DATE | 12-29-2023 |
|---|---|---|---|

### HOW TO BALANCE YOUR CHECKBOOK

Enter Checkbook Balance: $ _____

ADD: Deposits Not Entered in Checkbook $ _____

Subtotal: $ _____

SUBTRACT: Deductions Not Entered in Checkbook $ _____

EQUALS: Revised Checkbook Balance* $ _____ *

Enter Bank Balance from Statement $ _____

ADD: Deposits Not Included in This Statement $ _____

Subtotal $ _____

SUBTRACT: Outstanding Checks $ _____ **

EQUALS Revised Bank Balance $ _____ *

* These totals should agree

### Outstanding Checks

| NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| ** TOTAL | $ |