The order below is hereby signed.

Signed: February 8 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 23-243-ELG |
| --- | --- | --- |
|  | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) |  |
|  | ) |  |
| Debtor. | ) |  |

**ORDER GRANTING MOTION (I) TO DEFER CONSIDERATION OF ADEQUACY
OF DISCLOSURE STATEMENT TO CONFIRMATION HEARING;
AND (II) TO PERMIT NOTICE TO CERTAIN PARTIES BY
ELECTRONIC MAIL; AND (III) TO HOLD CONFIRMATION HEARING**

Upon consideration of the Motion (i) to Defer Consideration of Adequacy of Disclosure Statement to Confirmation Hearing; and (ii) to Permit Notice to Certain parties by Electronic Mail; and (iii) to Hold Confirmation Hearing (the "Motion") filed by Avant Diagnostics, Inc. ("Avant" or the "Debtor"), a hearing thereupon conducted on February 7, 2024, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Avant shall send the disclosure statement herein (the "Disclosure Statement," as found at DE #34), alongside the proposed plan of reorganization (the "Plan," as found at DE #34-1), alongside a copy of this order, and, where applicable, a ballot, to all creditors, equity holders and parties in interest, alongside the United States Securities and Exchange Commission, as set forth herein, on or before February 8, 2024; and it is further

ORDERED, that service to all creditors, the United States Securities and Exchange Commission, and those equity holders for whom Avant has a mailing address, shall be made via U.S. Mail, postage prepaid; and it is further

ORDERED, that service to equity holders for whom Avant does not have a mailing address may be made via e-mail; and it is further

ORDERED, that service to equity holders for whom Avant does not have a mailing address or e-mail address, but where such equity holders are known to be of familiar relation to the principal of an entity represented by counsel herein, may be made through the services of said counsel; and it is further

ORDERED, that Avant shall promptly file a certificate memorializing such service; and it is further

ORDERED, that any objections to the plan or disclosure statement shall be filed not later than March 11, 2024; and it is further

ORDERED, that Avant shall file a summary of ballots not later than March 12, 2024; and it is further

ORDERED, that a on hearing on the Disclosure Statement shall be held on March 13, 2024 at 11:00 am prevailing eastern time and, should the Disclosure Statement be approved, said hearing shall be immediately followed by a hearing on confirmation of the Plan, with both such hearings to be held via hybrid format, in person in Courtroom 1 at 333 Constitution Avenue, NW, Washington, DC 20001 and via Zoom for government, with parties in interest able to procure an access code by sending an e-mail to Aimee_Mathewes@dcb.uscourts.gov.

[Signed and dated above.]

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Avant Diagnostics, Inc.*

Service on recipients of electronic notice.