The order below is hereby signed.

Signed: February 8 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION (I) TO DEFER CONSIDERATION OF ADEQUACY
OF DISCLOSURE STATEMENT TO CONFIRMATION HEARING;
AND (II) TO PERMIT NOTICE TO CERTAIN PARTIES BY
ELECTRONIC MAIL; AND (III) TO HOLD CONFIRMATION HEARING**

Upon consideration of the Motion (i) to Defer Consideration of Adequacy of Disclosure Statement to Confirmation Hearing; and (ii) to Permit Notice to Certain parties by Electronic Mail; and (iii) to Hold Confirmation Hearing (the "Motion") filed by Avant Diagnostics, Inc. ("Avant" or the "Debtor"), a hearing thereupon conducted on February 7, 2024, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Avant shall send the disclosure statement herein (the "Disclosure Statement," as found at DE #34), alongside the proposed plan of reorganization (the "Plan," as found at DE #34-1), alongside a copy of this order, and, where applicable, a ballot, to all creditors, equity holders and parties in interest, alongside the United States Securities and Exchange Commission, as set forth herein, on or before February 8, 2024; and it is further

1

ORDERED, that service to all creditors, the United States Securities and Exchange Commission, and those equity holders for whom Avant has a mailing address, shall be made via U.S. Mail, postage prepaid; and it is further

ORDERED, that service to equity holders for whom Avant does not have a mailing address may be made via e-mail; and it is further

ORDERED, that service to equity holders for whom Avant does not have a mailing address or e-mail address, but where such equity holders are known to be of familiar relation to the principal of an entity represented by counsel herein, may be made through the services of said counsel; and it is further

ORDERED, that Avant shall promptly file a certificate memorializing such service; and it is further

ORDERED, that any objections to the plan or disclosure statement shall be filed not later than March 11, 2024; and it is further

ORDERED, that Avant shall file a summary of ballots not later than March 12, 2024; and it is further

ORDERED, that a on hearing on the Disclosure Statement shall be held on March 13, 2024 at 11:00 am prevailing eastern time and, should the Disclosure Statement be approved, said hearing shall be immediately followed by a hearing on confirmation of the Plan, with both such hearings to be held via hybrid format, in person in Courtroom 1 at 333 Constitution Avenue, NW, Washington, DC 20001 and via Zoom for government, with parties in interest able to procure an access code by sending an e-mail to Aimee_Mathewes@dcb.uscourts.gov.

[Signed and dated above.]

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Avant Diagnostics, Inc.*

Service on recipients of electronic notice.

United States Bankruptcy Court

District of Columbia

In re:     Case No. 23-00243-ELG

Avant Diagnostics, Inc.     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 1
Date Rcvd: Feb 08, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Avant Diagnostics, Inc., 1101 Pennsylvania Avenue, Suite 300, Washington, DC 20004-2582 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

**Name**     **Email Address**

Justin Philip Fasano
    on behalf of Petitioning Creditor NYGW LLC jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Debtor Avant Diagnostics  Inc. mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 4