Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Avant Diagnostics, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Debtor. | ) | |

## SUMMARY OF BALLOTS

Comes now Avant Diagnostics, Inc. ("Avant" or the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 3018-1, and offers the following summary of ballots cast on the Chapter 11 Plan of Reorganization of Avant Diagnostics, Inc. (the "Plan," as found at DE #34-1):

The Debtor has received one ballot, from NYGW LLC, in favor of confirmation of the Plan. The Debtor is also informed that Dr. Michael Ruxin has cast a ballot in favor of confirmation of the Plan, though such ballot has not as of yet been received by undersigned counsel. No other ballots have been received, nor are any other ballots reported to have been cast.

The claims of NYGW LLC and Dr. Ruxin constitute 100% of the total voting claims (including the disputed claim of Greentree Financial Group Inc.) of Class 1. There being only one class, the class is thusly deemed to have accepted the Plan, pursuant to Section 1126(c) of Title 11

1

of the United States Code. The Debtor accordingly submits confirmation to be appropriate pursuant to Section 1129(a)(8) of Title 11 of the United States Code.

                    Respectfully submitted,

Dated: April 23, 2024                 By: /s/ Maurice B. VerStandig
                                               Maurice B. VerStandig, Esq.
                                               Bar No. MD18071
                                               The VerStandig Law Firm, LLC
                                               9812 Falls Road, #114-160
                                               Potomac, Maryland 20854
                                               Phone: (301) 444-4600
                                               Facsimile: (301) 444-4600
                                               mac@mbvesq.com
                                               *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                               /s/ Maurice B. VerStandig
                                               Maurice B. VerStandig