The order below is hereby signed.

Signed: April 24 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING DISCLOSURE
STATEMENT AND CONFIRMING CHAPTER 11 PLAN
OF REORGANIZATION OF AVANT DIAGNOSTICS, INC.**

Upon consideration of the Disclosure Statement for Chapter 11 Plan of Reorganization of Avant Diagnostics, Inc. (the "Disclosure Statement," as found at DE #34), the Chapter 11 Plan of Reorganization of Avant Diagnostics, Inc. (the "Plan," as found at DE #34-1), the lack of opposition to the approval and confirmation thereof, evidence adduced at a hearing on April 24, 2024, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Disclosure Statement be, and hereby is, found to contain adequate information, as that term is defined in Section 1125(a)(1) of Title 11 of the United States Code; and it is further

ORDERED, that the Disclosure Statement be, and hereby is, APPROVED; and it is

1

ORDERED, the Plan be, and hereby is, CONFIRMED pursuant to Section 1129(a) of Title 11 of the United States Code; and it is further

ORDERED, that any claims to which an objection is pending shall not be paid under the Plan unless and until said objection is resolved, except that any claims to which an objection is pending may be paid as though they are allowed in the sum (if any) to which an objection is not posed and such claims shall be calculated, for purposes of pro rata distribution, based upon that unobjected-to sum unless and until a final order is made resolving the pending objection.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*