Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Avant Diagnostics, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION OF THE
VERSTANDIG LAW FIRM, LLC FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
IN CONNECTION WITH REPRESENTATION OF AVANT DIAGNOSTICS, INC.**

Come now Maurice B. VerStandig and The VerStandig Law Firm, LLC (collectively, "VLF"), counsel for Avant Diagnostics, Inc. ("Avant Diagnostics" or the "Debtor"), pursuant to Sections 327 and 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2016, and Local Rule 2016-1, and apply to this Honorable Court for allowance of compensation of (i) $7,969.50 in attorneys' fees and (ii) reimbursement of $267.30 in expenses, for a total of (iii) $8,236.80, and in support thereof state as follows:

**I.    Introduction**

Traditionally, the introduction to a final fee application is an opportunity to note the various travails of a given case, to explain how lawyers wear capes, and to take a self-congratulatory bow. *"But for my cunning legal maneuvers and boyish charm, the confirmation order would have been a Chapter 7 obituary…"* In candor, though, this was not a hard case. Yes, this started as an

1

involuntary Chapter 11. And, yes, the Debtor is a former publicly traded company, which did lead to some hiccups when it came time to furnish notice to equity holders. But, at core, the reorganization of Avant Diagnostics was more or less *fait accompli* once the claims bar date ran, and the strategy behind dodging crippling claims was no more complex than letting time elapse – "like sands through the hourglass, so are the days of Avant Diagnostic's claims register."

There was still work to be done along the way, though, and the undersigned does herein seek compensation in the amount of $7,969.50 for that work, together with $267.30 in reimbursements (a large matrix beget a large mailing). By Chapter 11 standards, these sums are relatively paltry. And though the work underlying these sums was oftentimes ho hum, it is still respectfully urged the proposed compensation is reasonable in nature and meritorious of this Honorable Court's approval.

**II.      Recitations Pursuant to Federal and Local Rules**

1. The services for which compensation is herein sought were performed between August 29, 2023 and April 25, 2024. Maurice B. VerStandig performed all work for which compensation is sought.

2. VLF's employment was approved at a hearing on September 27, 2023. DE #21. An order is in the process of being belatedly prepared for upload.

3. Representation of the Debtor included the preparation and filing of schedules together with a statement of financial affairs, attendance at an initial debtor interview, attendance at the meeting of creditors, working with counsel for the petitioning creditor, interfacing with securities counsel for a third party entity, preparing a plan of reorganization and disclosure statement, and representing the Debtor at a confirmation hearing.

    4.      An itemization of services performed, with the date of each such service and amount of compensable time expended on each such task, together with a narrative description of the same, is attached hereto as Exhibit A.

    5.      An itemization of actual, necessary expenses is included in Exhibit A. No expenses have been marked up and all expenses sought are for monies expended by VLF on an out-of-pocket basis.

    6.      The fees and costs for which reimbursement is sought are reasonable for the work performed, and the contents of this application are true and accurate.

### III.    Other Formalistic Notations

Pursuant to Federal Rule of Bankruptcy Procedure 2016, VLF notes as follows: (i) insofar as this is an involuntary case, VLF did not have an opportunity to collect a retainer pre-petition, nor did VLF seek one post-petition; and (ii) there is no agreement to share compensation received or to be received for services rendered in or in connection with this case.

### IV.    Categorization of Time Entries Since First Interim Application

In accord with guidelines promulgated by the United States Trustee, VLF recorded all time in this matter in project categories. The time recorded – and compensation requested – for each such project category, is as follows:

    a. Case Administration – 7.8 Hours - $3,217.50

    b. Claims Administration and Objections – .5 Hours - $247.50[1]

    c. Plan and Disclosure Statement – 9.1 Hours - $4,504.50

---

[1] Under the confirmed plan of reorganization, it is likely a post-confirmation claim objection will be filed. Insofar as Avant Diagnostics is now a reorganized entity, VLF will bill the Debtor directly for such efforts. In the interests of disclosure, however, VLF will send a copy of its invoice to the United States Trustee. Should this Honorable Court so wish, VLF is also content to file a copy of the invoice and/or to file a post-confirmation fee application.

**V.  Conclusion**

WHEREFORE, Maurice Belmont VerStandig and The VerStandig Law Firm, LLC respectfully pray this Honorable Court (i) finally approve and ratify the fees sought herein, in the gross sum of $7,969.50; (ii) finally approve and ratify the expenses for which reimbursement is sought herein, in the gross sum of $267.30; (iii) allow The VerStandig Law Firm, LLC a single administrative claim of $8,236.80; (iv) direct the Debtor to pay such sums to The VerStandig Law Firm, LLC, as an allowed administrative expense, consistent with the provisions of the confirmed plan; and (v) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: May 19, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig