# The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Phone: 301-444-4600

Invoice submitted to:
**Avant Diagnostics, Inc.**

**Invoice # 10930**

Invoice Date: 05/19/24
Terms: COD
Services Through: 05/19/24
Due Date: 05/19/24

Description   Single invoice for Avant Diagnostics, Inc.

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Case Administration** | | | | |
| 09/13/23 | Mac VerStandig | Attend initial debtor interview | 0.90 | 495.00 | $445.50 |
| 09/27/23 | Mac VerStandig | Begin drafting schedules and review client documents and notes in furtherance of same | 2.30 | 495.00 | $1,138.50 |
| 09/27/23 | Mac VerStandig | Call with M. Ruxin to prepare for meeting of creditors, address items going into schedules, and discuss issues with large number of equity holders and unknown correlative shares | 0.50 | 495.00 | $247.50 |
| 09/28/23 | Mac VerStandig | Attend meeting of creditors and review documents in advance of same (time estimated and not billed) | 1.30 | 495.00 NC | $0.00 |
| 10/16/23 | Mac VerStandig | Call with M. Ruxin re status conference, two equity holders with apparent concerns, and next steps | 0.30 | 495.00 | $148.50 |
| 10/22/23 | Mac VerStandig | Draft August 2023 MOR | 0.20 | 495.00 | $99.00 |
| 10/22/23 | Mac VerStandig | Draft September MOR | 0.10 | 495.00 | $49.50 |
| 10/22/23 | Mac VerStandig | E-mail to client re MORs and need to get contact info for counsel who handled asset sale | 0.10 | 495.00 | $49.50 |
| 10/23/23 | Mac VerStandig | Call with counsel at K&L Gates re sale transaction and his need to verify my credentials before speaking to me | 0.10 | 495.00 | $49.50 |
| 11/06/23 | Mac VerStandig | Call with C. Parker (corporate counsel for Avant and Theralink) re need to vote shares, nature of stock ownership, contemplated contours of plan, SEC treatment of plan, and lockup period | 0.30 | 495.00 | $148.50 |
| 11/27/23 | Mac VerStandig | Draft October MOR and e-mail same to client for review and execution | 0.40 | 495.00 | $198.00 |
| 12/22/23 | Mac VerStandig | Call with client re upcoming status conference, MOR, plan status and disclosure statement | 0.20 | 495.00 | $99.00 |
| 01/01/24 | Mac VerStandig | Draft November operating report for client's review and signature | 0.20 | 495.00 | $99.00 |
| 04/23/24 | Mac VerStandig | Prepare monthly operating reports (.2) and affidavit for review and signature by M. Ruxin (.3); Call with M. Ruxin re same (.1) | 0.60 | 495.00 | $297.00 |
| 04/26/24 | Mac VerStandig | Detailed e-mail to client re entry of confirmation order, timeline to object to claim, forthcoming fee application, timing for final decree, and next steps | 0.30 | 495.00 | $148.50 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | | Hours | | 7.80 |
| | | | Labor: | | $3,217.50 |
| | | | Invoice Amount: | | $3,217.50 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Claims Administration and Objections** | | | | |
| 10/19/23 | Mac VerStandig | Review Greentree Financial claim | 0.50 | 495.00 | $247.50 |
| | | | Hours | | 0.50 |
| | | | Labor: | | $247.50 |
| | | | Invoice Amount: | | $247.50 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Plan and Disclosure Statement** | | | | |
| 11/26/23 | Mac VerStandig | Draft plan of reorganization, including review of SEC filings | 3.70 | 495.00 | $1,831.50 |
| 01/01/24 | Mac VerStandig | Draft disclosure statement | 2.40 | 495.00 | $1,188.00 |
| 01/01/24 | Mac VerStandig | Review and revise plan, incorporating client edits and proofreading | 0.90 | 495.00 | $445.50 |
| 01/02/24 | Mac VerStandig | Calls with client to review disclosure statement and plan (6 mins and 8 mins) | 0.30 | 495.00 | $148.50 |
| 03/13/24 | Mac VerStandig | Attend hearing on plan and seek leave to amend procedures to facilitate minimized and cost-efficient service mechanism | 0.20 | 495.00 | $99.00 |
| 03/13/24 | Mac VerStandig | Draft amended procedures order and upload same | 0.20 | 495.00 | $99.00 |
| 04/19/24 | Mac VerStandig | Call with M. Ruxin re upcoming confirmation hearing | 0.10 | 495.00 | $49.50 |
| 04/23/24 | Mac VerStandig | Draft and file summary of ballots | 0.20 | 495.00 | $99.00 |
| 04/23/24 | Mac VerStandig | Prepare for confirmation hearing | 0.80 | 495.00 | $396.00 |
| 04/24/24 | Mac VerStandig | Draft confirmation order and e-mail same to K. Eustis for review and endorsement | 0.10 | 495.00 | $49.50 |
| 04/24/24 | Mac VerStandig | Attend confirmation hearing | 0.20 | 495.00 | $99.00 |
| In Reference To: | **Plan and Disclosure Statement (Expenses)** | | | | |
| 03/18/24 | Mac VerStandig | Service of notice of disclosure statement and plan on equity holders via US Mail (no expense for service on those receiving via e-mail) | 1.00 | 267.30 | $267.30 |
| | | | Hours | | 9.10 |
| | | | Labor: | | $4,504.50 |
| | | | Invoice Amount: | | $4,771.80 |
| | | | Total Hours: | | 17.40 |
| | | | Total Labor: | | $7,969.50 |
| | | | Total Expenses: | | $267.30 |
| | | | **Total Invoice Amount:** | | **$8,236.80** |
| | | | **Total Amount Due:** | | **$8,236.80** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Mac VerStandig | 16.10 | @ 495.000 | 7,969.50 |
| Mac VerStandig | 1.30 | @ N/C | 0.00 |