Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1050 Connecticut Ave., NW
Suite 500
Washington, D.C. 20036
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for Avant Diagnostics, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Alleged Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTIONS
TO FIRST AND FINAL APPLICATION OF THE
VERSTANDIG LAW FIRM, LLC FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
IN CONNECTION WITH REPRESENTATION OF AVANT DIAGNOSTICS, INC.**

NOTICE IS HEREBY GIVEN that Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC have filed an application for approval of their fees in this case, in the sum of $7,969.50, and for reimbursement of out-of-pocket expenses, in the sum of $267.30, seeking total compensation of $8,236.80 (the "Application"). This is their first and final application for fees and expenses in this case.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF MAILING OF THIS NOTICE, you must file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by

delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for June 20, 2024 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: May 19, 2024    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee. Additionally, a copy of this notice (but not of the accompanying application) is being sent, via First Class Mail, postage prepaid, on May 20, 2024, to the following parties:

Clear Financial Solutions Inc.  
c/o Paul Stephen Kirklin, Esq.  
12600 N Featherwood Dr Ste 225  
Houston, TX 77034

Gregg Linn  
10994 E. Beck Lane  
Scottsdale, AZ 85255

2

Greentree Financial Group, Inc.
1000 S. Pin Island Rd.
Suite 210
Plantation, Florida 33324

Jason Bogutski
14673 Midway Road Suite 200
Addison, TX 75001

Mahendru P.C.
639 Heights Blvd.
Houston, TX 77007

Mahendru, P.C.
c/o Ashish Mahendru
Registered Agent
639 Heights Blvd.
Houston, TX 77007

Michael I. Ruxin
PO Box 869
Morrison, CO 80465

NYGW LLC
10365 Collins Avenue
Miami Beach, FL 33140

Signature Stock Transfer, Inc.
c/o Kathleen L. Bogutski
Registered Agent
2632 Coachlight Court
Plano, TX 75093

Steven Plumb
c/o Paul S. Kirklin, Esq.
12600 N Featherwood Drive
Suite 225
Houston, TX 77034

Theralink Technologies, Inc.
15000 W 6th Avenue Suite 400
Golden, CO 80401

Theralink Technologies, Inc.
c/o Mick Ruxin, Registered Agent
15000 W 6th Avenue Suite 400
Golden, CO 80401

Vstock Transfer, LLC
18 Lafayette Place
Woodmere, NY 11598

Vstock Transfer, LLC
c/o Amanda Garcia
Registered Agent
330 N. Brand Blvd.
Glendale, CA 91203

/s/ Maurice B. VerStandig
Maurice B. VerStandig