The order below is hereby signed.

Signed: May 20 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-243-ELG |
| | ) | (Chapter 11) |
| AVANT DIAGNOSTICS, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING APPLICATION TO
APPROVE EMPLOYMENT OF MAURICE VERSTANDIG, ESQ.
AND THE VERSTANDIG LAW FIRM AS GENERAL
REORGANIZATION COUNSEL TO AVANT DIAGNOSTICS, INC.**

Upon consideration of the Application to Approve Employment of Maurice VerStandig, Esq. and The VerStandig Law Firm as General Reorganization Counsel to Avant Diagnostics, Inc. (the "Application," with the debtor herein being known as the "Debtor"), the lack of objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that Maurice VerStandig, Esq. is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Columbia; and it is further

FOUND, that Maurice VerStandig, Esq. and The VerStandig Law Firm do not hold any interest adverse to the Debtor or the estate; and it is further

FOUND, that Maurice VerStandig, Esq. and The VerStandig Law Firm are disinterested persons within the meaning set forth in Section 101(14) of Title 11 of the United States Code; and it is further

ORDERED, the Debtor be, and is hereby authorized to, employ Maurice VerStandig, Esq. and The VerStandig Law Firm as general reorganization counsel to the Debtor; and it is further

ORDERED, that any compensation paid to Maurice VerStandig, Esq. and The VerStandig Law Firm is subject to the review of this Honorable Court, in conformity with governing law.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*