IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**Avant Diagnostics, Inc.,**<br><br>Debtor. | **Case No. 23-00243-ELG**<br><br>Chapter 11 |

### NOTICE OF MOTION TO CONVERT OR DISMISS AND HEARING AND DEADLINE TO OBJECT

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to convert or dismiss.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **October 2, 2024**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been schedule before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **October 9, 2024 at 10:00 a.m**. The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

1

   Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

September 17, 2024　　　　　　　　　　　　GERARD R. VETTER
　　　　　　　　　　　　　　　　　　　　　ACTING U.S. TRUSTEE, REGION 4


　　　　　　　　　　　　　　　　　　　　　By: */s/ Kristen S. Eustis*
　　　　　　　　　　　　　　　　　　　　　Kristen S. Eustis, Trial Attorney
　　　　　　　　　　　　　　　　　　　　　Federal Bar No. MD28984
　　　　　　　　　　　　　　　　　　　　　Office of the United States Trustee
　　　　　　　　　　　　　　　　　　　　　1725 Duke St., Suite 650
　　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　　(703) 557-7227- Direct Dial
　　　　　　　　　　　　　　　　　　　　　Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

    I hereby certify that on September 17, 2024, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

    I further certify that on September 17, 2024, a copy of the foregoing Notice of Hearing was served by first class mail, postage prepaid to the Debtor and Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| Avant Diagnostics, Inc.<br>1101 Pennsylvania Avenue, Suite 300<br>Washington, DC 20004 | Clear Financial Solutions Inc.<br>c/o Paul Stephen Kirklin, Esq.<br>12600 N. Featherwood Dr., Suite 225<br>Houston, TX 77034 |
| Mahendru P.C.<br>639 Heights Blvd.<br>Houston, TX 77007 | Michael I. Ruxin<br>PO Box 869<br>Morrison, CO 80465 |
| NYGW LLC<br>10365 Collins Avenue<br>Miami Beach, FL 33140 | Steven Plumb<br>c/o Paul S. Kirklin, Esq.<br>12600 N. Featherwood Drive, Suite 225<br>Houston, TX 77034 |
| Theralink Technologies, Inc.<br>15000 W 6th Avenue, Suite 400<br>Golden, CO 80401 | Vstock Transfer, LLC<br>18 Lafayette Place<br>Woodmere, NY 11598 |

                                                     */s/ Robert W. Ours*
                                                   Robert W. Ours
                                                   Paralegal Specialist