## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| | **Case No. 23-00243-ELG** |
| **Avant Diagnostics, Inc.,** | |
| | **Chapter 11** |
| **Debtor.** | |

## NOTICE OF WITHDRAWAL OF U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Please take notice that Gerard R. Vetter, Acting United States Trustee for Region 4, by counsel, hereby withdraws its Motion to Convert or Dismiss Chapter 11 Case, filed on September 17, 2024 (Doc. No. 60).  Please remove the Motion from this Court's October 9, 2024 docket.

October 3, 2024

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

## Certificate of Service

I hereby certify that on October 3, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I further certify that on October 3, 2024, a copy of the foregoing Notice was served by first class mail, postage prepaid to the Debtor and Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| Avant Diagnostics, Inc.<br>1101 Pennsylvania Avenue, Suite 300<br>Washington, DC 20004 | Clear Financial Solutions Inc.<br>c/o Paul Stephen Kirklin, Esq.<br>12600 N. Featherwood Dr., Suite 225<br>Houston, TX 77034 |
| Mahendru P.C.<br>639 Heights Blvd.<br>Houston, TX 77007 | Michael I. Ruxin<br>PO Box 869<br>Morrison, CO 80465 |
| NYGW LLC<br>10365 Collins Avenue<br>Miami Beach, FL 33140 | Steven Plumb<br>c/o Paul S. Kirklin, Esq.<br>12600 N. Featherwood Drive, Suite 225<br>Houston, TX 77034 |
| Theralink Technologies, Inc.<br>15000 W 6th Avenue, Suite 400<br>Golden, CO 80401 | Vstock Transfer, LLC<br>18 Lafayette Place<br>Woodmere, NY 11598 |

/s/ Robert W. Ours
Robert W. Ours
Paralegal Specialist